**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

XYZ CORPORATION,

      PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

      DEFENDANTS.

CIVIL ACTION NO.: 20-CV-5589

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, XYZ Corporation ("Plaintiff"), by its undersigned counsel, hereby files this

Motion requesting leave to file the following documents under seal: (1) Exhibit 1 to the Complaint;

(2) the Amended Complaint, which will identify and include additional allegations regarding

Plaintiff and list the fully interactive, e-commerce stores operating under the online marketplace

accounts identified in Schedule "A" (referred to herein as the "Seller Aliases" or "Defendant

Internet Stores") and accompanying exhibits; (3) Schedule "A" attached to the Complaint and

Amended Complaint, which includes a list of the Seller Aliases and the e-commerce store URLs

of the Defendant Internet Stores; (4) Plaintiffs' Motion for Entry of a Temporary Restraining

Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery,

and accompanying supporting memorandum, declarations, and exhibits, including screenshot

printouts showing the e-commerce stores operating under the Seller Aliases; and, (5) Plaintiffs'

Motion for Electronic Service of Process, and accompanying supporting memorandum,

declaration, and exhibits.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for: Count I, Trademark Infringement and Counterfeiting (15 U.S.C. § 1114); Count II, False Designation Of Origin, Passing Off, & Unfair Competition (15 U.S.C. § 1125(a)/Lanham Act § 43(a)); Count III, Trademark Dilution by Blurring and/or Tarnishment (15 U.S.C. § 1125(c)/ Lanham Act § 43(c)); Count IV, Trademark Dilution Under 765 ILCS 1036/65 (765 ILCS § 1036/65, *et seq.*); and, Count V, Violation Of Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*). Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence as well as the hiding and/or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated: September 21, 2020    Respectfully submitted,

/s/ Ann Marie Sullivan
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail:  ams@amsullivanlaw.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically-filed on September 21, 2020, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Alison Carter*
Alison Carter
