**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" <br><br> DEFENDANTS. | CASE NO. 1:20-CV-05589 <br><br> **FILED UNDER SEAL** |

# EXHIBIT 1 TO THE COMPLAINT

CRYPTON FUTURE MEDIA, INC.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**            **TRADEMARK REGISTRATIONS**





HATSUNE MIKU

Reg. No. 4,163,035
Registered June 26, 2012
Int. Cls.: 9 and 28

**TRADEMARK**

**PRINCIPAL REGISTER**

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
DUNLOP SK BLDG., ODORI WEST 10TH
CHUO-KU
SAPPORO 060-0042, JAPAN

FOR: COMPUTER SOFTWARE FOR CREATING AND EDITING MUSIC AND SOUNDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: TOY FIGURES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

OWNER OF INTERNATIONAL REGISTRATION 1062419 DATED 11-16-2010, EXPIRES 11-16-2020.

THE TRANSLITERATION OF THE NON-LATIN CHARACTERS IN THE MARK IS: "HATSUNE MIKU".

THE WORDING "HATSUNE MIKU" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 79-106,369, FILED 7-25-2011.

CARRIE GENOVESE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

CRYPTON FUTURE MEDIA, INC.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                                                            **TRADEMARK REGISTRATIONS**





**Reg. No. 4,887,255**
**Registered Jan. 19, 2016**
**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
11F NIHON SEIMEI SAPPORO BLDG.
1-1 NISHI4 KITA3, CHUO-KU
SAPPORO-SHI, JAPAN

FOR: ARRANGING OF SEMINARS; ARRANGING AND CONDUCTING OF CONCERTS; MOVIE SHOWING; FILM PRODUCTION EXCERPT FOR ADVERTISEMENT; DISTRIBUTION OF MOTION PICTURE FILMS; PRESENTATION OF MUSICAL PERFORMANCE; VIDEOTAPE PRODUCTION IN THE FIELDS OF EDUCATION, CULTURE, ENTERTAINMENT OR SPORTS, NOT FOR MOVIES OR TELEVISION PROGRAMS AND NOT FOR ADVERTISING OR PUBLICITY; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AN ON-LINE COMPUTER GAME, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXPO" AND "EXPO 2014", APART FROM THE MARK AS SHOWN.

PRIORITY DATE OF 2-26-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1236325 DATED 8-21-2014, EXPIRES 8-21-2024.

THE NAME "HATSUNE MIKU" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

THE MARK CONSISTS OF WORDS "MIKU EXPO HATSUNE MIKU EXPO 2014" WITH A STYLIZED LINE FROM THE LETTER "M" FROM THE FIRST TERM "MIKU" EXTENDING TO THE END OF THE TERM "EXPO".

SER. NO. 79-160,660, FILED 8-21-2014.

DOUGLAS LEE, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

CRYPTON FUTURE MEDIA, INC.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                                        **TRADEMARK REGISTRATIONS**



# HATSUNE MIKU

**Reg. No. 4,891,005**
**Registered Jan. 26, 2016**
**Int. Cls.: 3, 9, 14, 15, 16, 18, 21, 24, 25, 28, 30, 32, 41 and 42**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
11F NIHON SEIMEI SAPPORO BLDG.,
1-1 NISHI4 KITA3, CHUO-KU, SAPPORO-SHI HOKKAIDO 060-0003
JAPAN

FOR: NON-MEDICATED TOILETRIES; PERFUME; FRAGRANCES; INCENSE; LIP CREAM; HAND CREAM; NAIL VARNISH FOR COSMETIC PURPOSES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: CELLULAR PHONES; CELL PHONE STRAPS; CELL PHONE COVERS; DISPLAY SCREEN PROTECTORS FOR PROVIDING SHADE AND PRIVACY SPECIALLY ADAPTED TO ELECTRONIC DEVICES, NAMELY, CELL PHONES; DIGITAL AUDIO PLAYERS; HEADPHONES; EAR BUDS; LOUDSPEAKERS; KARAOKE MACHINES; COMPUTER PERIPHERAL DEVICES; ELECTRONIC PENS; COMPUTER MOUSE; MOUSE PADS (COMPUTER PERIPHERAL); BAGS ADAPTED FOR LAPTOPS; SLEEVES FOR LAPTOPS; TABLET COMPUTER; COMPUTER OPERATING PROGRAMS, RECORDED, DOWNLOADABLE COMPUTER SOFTWARE FOR MAKING MUSIC; COMPUTER GAME PROGRAMS; PHONOGRAPH RECORDS FEATURING MUSIC; COMPACT DISCS FEATURING MUSIC; DOWNLOADABLE MUSIC FILES; DVDS FEATURING MUSIC OR CARTOON; DOWNLOADABLE IMAGE FILES CONTAINING COMIC CHARACTERS; VIDEO DISKS AND VIDEO TAPES WITH RECORDED ANIMATED CARTOONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS AND COMICS IN THE FIELD OF MUSIC; EYEGLASSES; EYEGLASS CASES; SPORTS EYEWEAR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: CLOCKS; ALARM CLOCKS; WRISTWATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: ELECTRONIC MUSICAL INSTRUMENTS; MUSIC SYNTHESIZERS; ELECTRONIC MUSICAL KEYBOARDS; MUSICAL INSTRUMENTS; CASES FOR MUSICAL INSTRUMENTS; GUITARS; DRUMSTICKS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER AND CARDBOARD; GIFT WRAPPING PAPER; TOILET PAPER; STATIONERY; POCKET MEMORANDUM BOOKS; NOTE BOOKS; NOTEPADS; PAPER NOTE TABLETS; ENVELOPES FOR STATIONERY USE; POSTCARDS; GREETING CARDS; BALL-POINT PENS; STICKERS (STATIONERY); PEN CASES; INK PENS; COLOURED PENS; PASTELS; PAPER PARTY DECORATIONS; INK STAMPS; POSTERS; CALENDARS; BOOKS IN THE



Michelle K. Lee
Director of the United States
Patent and Trademark Office

CRYPTON FUTURE MEDIA, INC.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                **TRADEMARK REGISTRATIONS**

**Reg. No. 4,891,005**   FIELD OF MUSIC OR COMICS; TRADING CARDS; MAGAZINES IN THE FIELD OF MUSIC, COMICS OR CARTOONS; COMIC BOOKS; DIARIES; NOVELS; PICTURES; PHOTOGRAPHS (PRINTED); PHOTOGRAPH STANDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS; CARRY-ON BAGS; SHOULDER BAGS; HANDBAGS; SUITCASES; CREDIT CARD CASES, KEY BAGS, PURSES; BUSINESS CARD CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: COMBS; ELECTRIC AND NON-ELECTRIC TOOTHBRUSHES; POWDER COMPACTS SOLD EMPTY; HAIR BRUSHES; DISHES; DRINKING VESSELS; LUNCH BOXES; MUGS; PIGGY BANKS; SOAP DISPENSERS; TOILET PAPER HOLDERS; PILL BOXES FOR PERSONAL USE; DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TOWELS OF TEXTILE; FACE TOWELS OF TEXTILE; BATH TOWELS; COVERS FOR CUSHIONS; PILLOWCASES; BED SHEETS; BED BLANKETS; MATTRESS COVERS; TAPESTRIES OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: COATS; SWEATERS; LEGGINGS; RAINWEAR; NIGHTWEAR; UNDERWEAR; SWIMSUITS; BATHING CAPS; CAMISOLES; DRESSING GOWNS AND BATH ROBES; TEE SHIRTS; KIMONOS; APRONS; SOCKS AND STOCKINGS; GLOVES; NECKTIES; BANDANAS; SCARVES; MUFFLERS; CHILDREN'S AND INFANTS' CLOTH BIBS; SLEEP MASKS; CAPS; RAIN BOOTS; SANDALS; SNEAKERS; BOOTS; WOMEN'S SHOES; INFANTS' SHOES AND BOOTS; SLIPPERS; MASQUERADE COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: DOLLS; TOY FIGURES; STUFFED TOYS; CHRISTMAS TREE ORNAMENTS EXCEPT CONFECTIONERY AND ELECTRIC CHRISTMAS TREE LIGHTS; JIGSAW PUZZLES; CHESS GAMES; MAH-JONG; BALLS FOR GAMES; INFLATABLE FLOATS, NAMELY, INFLATABLE FLOATING MATTRESSES FOR BATHING AND SWIMMING, SKATEBOARDS; ARCADE VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: TEA-BASED BEVERAGES; COFFEE-BASED BEVERAGES; BREAD; SANDWICHES; HAMBURGER SANDWICHES; PIZZA; HOT DOG SANDWICHES; CANDY; GUMMY CANDIES; CHEWING GUM; CHOCOLATE; ICE CREAM; UNROASTED COFFEE; INSTANT NOODLES; CORN CHIPS, IN CLASS 30 (U.S. CL. 46).

FOR: AERATED WATER; MINERAL WATER; FRUIT JUICE; VEGETABLE JUICE (BEVERAGE); WHEY BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: PROVIDING ON-LINE ELECTRONIC PUBLICATIONS IN THE FORM OF E-MAGAZINES OR BOOKS FEATURING MUSIC, COMICS OR CARTOONS, NOT DOWNLOADABLE; PROVIDING ON-LINE VIDEOS FEATURING MUSIC OR CARTOONS, NOT DOWNLOADABLE; PROVIDING ON-LINE MUSIC, NOT DOWNLOADABLE; PRESENTATION OF LIVE SHOW PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING TEMPORARY USE OF A WEB-BASED SOFTWARE APPLICATION FOR MUSIC COMPOSING; DRESS DESIGNING, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 4-21-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1251590 DATED 10-20-2014, EXPIRES 10-20-2024.

CRYPTON FUTURE MEDIA, INC.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                      **TRADEMARK REGISTRATIONS**

**Reg. No. 4,891,005**   THE ENGLISH TRANSLATION OF THE WORD "HATSUNE MIKU" IN THE MARK IS "THE FIRST SOUND OF THE FUTURE".

SER. NO. 79-167,081, FILED 10-20-2014.

DAVID MURRAY, EXAMINING ATTORNEY

CRYPTON FUTURE MEDIA, INC.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**  **TRADEMARK REGISTRATIONS**



Reg. No. 4,879,127
Registered Jan. 5, 2016
Int. Cls.: 3, 9, 14, 15, 16, 18, 21, 24, 25, 28, 30, 32, 41 and 42

**татакоемарк**
**SERVICE MARK**
**PRINCIPAL REGISTER**



Michelle K. Lee
Director of the United States
Patent and Trademark Office

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
11F NIHON SEIMEI SAPPORO BLDG.,
1-1 NISHI4 KITA3 CHUO-KU, SAPPORO-SHI HOKKAIDO 060-0003
JAPAN

FOR: NON-MEDICATED TOILETRIES; PERFUME; FRAGRANCES; INCENSE; LIP CREAM; HAND CREAM; NAIL VARNISH FOR COSMETIC PURPOSES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: CELLULAR PHONES; CELL PHONE STRAPS; CELL PHONE COVERS; DISPLAY SCREEN PROTECTORS FOR PROVIDING SHADE AND PRIVACY SPECIALLY ADAPTED TO ELECTRONIC DEVICES, NAMELY, CELL PHONES; DIGITAL AUDIO PLAYERS; HEADPHONES; EAR BUDS; LOUDSPEAKERS; KARAOKE MACHINES; COMPUTER PERIPHERAL DEVICES; ELECTRONIC PENS; COMPUTER MOUSE; MOUSE PADS; BAGS ADAPTED FOR LAPTOPS; SLEEVES FOR LAPTOPS; TABLET COMPUTER; COMPUTER OPERATING PROGRAM, RECORDED; DOWNLOADABLE COMPUTER SOFTWARE FOR MAKING MUSIC; COMPUTER GAME PROGRAMS; PHONOGRAPH RECORDS FEATURING MUSIC; COMPACT DISCS FEATURING MUSIC; DOWNLOADABLE MUSIC FILES; DVDS FEATURING MUSIC OR CARTOONS; DOWNLOADABLE IMAGE FILES CONTAINING COMIC CHARACTERS; VIDEO DISKS AND VIDEO TAPES WITH RECORDED ANIMATED CARTOONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINES OR BOOKS IN THE FIELD OF MUSIC OR COMICS; EYEGLASSES; EYEGLASS CASES; SPORTS EYEWEAR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: CLOCKS; ALARM CLOCKS; WRISTWATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: ELECTRONIC MUSICAL INSTRUMENTS; MUSIC SYNTHESIZERS; ELECTRONIC MUSICAL KEYBOARDS; MUSICAL INSTRUMENTS; CASES FOR MUSICAL INSTRU-MENTS; GUITARS; DRUMSTICKS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER AND CARDBOARD; GIFT WRAPPING PAPER; TOILET PAPER; STATIONERY; POCKET MEMORANDUM BOOKS; NOTE BOOKS; NOTEPADS; PAPER NOTE TABLETS; ENVELOPES FOR STATIONERY USE; POSTCARDS; GREETING CARDS; BALL-POINT PENS; STICKERS; PEN CASES; INK PENS; COLOURED PENS; PASTELS; PAPER PARTY DECORATIONS; INK STAMPS; POSTERS; CALENDARS; BOOKS IN THE FIELD OF MUSIC OR COMICS; TRADING CARDS; MAGAZINES IN THE FIELD OF MUSIC, COMICS OR

CRYPTON FUTURE MEDIA, INC.
V.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                        **TRADEMARK REGISTRATIONS**

Reg. No. 4,879,127    CARTOONS; COMIC BOOKS; DIARIES; NOVELS; PICTURES; PRINTED PHOTOGRAPHS; PHOTOGRAPH STANDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS; CARRY-ON BAGS; SHOULDER BAGS; HANDBAGS; SUITCASES; CREDIT CARD CASES; KEY BAGS; PURSES; BUSINESS CARD CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: COMBS; ELECTRIC AND NON-ELECTRIC TOOTHBRUSHES; POWDER COMPACTS; HAIR BRUSHES; DISHES; DRINKING VESSELS; LUNCH BOXES; MUGS; PIGGY BANKS; SOAP DISPENSERS; TOILET PAPER HOLDERS; PILL BOXES FOR PERSONAL USE; DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TOWELS OF TEXTILE; FACE TOWELS OF TEXTILE; BATH TOWELS; COVERS FOR CUSHIONS; PILLOWCASES; BED SHEETS; BED BLANKETS; MATTRESS COVERS; TAPESTRIES OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: COATS; SWEATERS; LEGGINGS; RAINWEAR; NIGHTWEAR; UNDERWEAR; SWIMSUITS; BATHING CAPS; CAMISOLES; DRESSING GOWNS AND BATH ROBES; TEE SHIRTS; KIMONOS; APRONS; SOCKS AND STOCKINGS; GLOVES; NECKTIES; BANDANAS; SCARVES; MUFFLERS; CHILDREN'S AND INFANTS' CLOTH BIBS; SLEEP MASKS; CAPS; RAIN BOOTS; SANDALS; SNEAKERS; BOOTS; WOMEN'S SHOES; INFANTS' SHOES AND BOOTS; SLIPPERS; MASQUERADE COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: DOLLS; TOY FIGURES; STUFFED TOYS; CHRISTMAS TREE ORNAMENTS EXCEPT CONFECTIONERY AND ELECTRIC CHRISTMAS TREE LIGHTS; JIGSAW PUZZLES; CHESS GAMES; MAH-JONG; BALLS FOR GAMES; INFLATABLE FLOATS FOR BATHING AND SWIMMING; SKATEBOARDS; ARCADE VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: TEA-BASED BEVERAGES; COFFEE-BASED BEVERAGES; BREAD; SANDWICHES; HAMBURGER SANDWICHES; PIZZA; HOT DOG SANDWICHES; CANDY; GUMMY CANDIES; CHEWING GUM; CHOCOLATE; ICE CREAM; UNROASTED COFFEE; INSTANT NOODLES; CORN CHIPS, IN CLASS 30 (U.S. CL. 46).

FOR: AERATED WATER; MINERAL WATER; FRUIT JUICE; VEGETABLE JUICE; WHEY BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: PROVIDING ON-LINE ELECTRONIC PUBLICATIONS IN THE NATURE OF E-MAGAZINES OR BOOKS FEATURING MUSIC, COMICS OR CARTOONS, NOT DOWNLOADABLE; PROVIDING ON-LINE VIDEOS FEATURING MUSIC OR CARTOONS, NOT DOWNLOADABLE; PROVIDING ON-LINE MUSIC, NOT DOWNLOADABLE, NAMELY, PROVIDING NON-DOWNLOADABLE PLAYBACK OF MUSIC VIA GLOBAL COMMUNICATIONS NETWORKS AND PROVIDING PRE-RECORDED MUSIC TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS; PRESENTATION OF LIVE SHOW PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING TEMPORARY USE OF A NON-DOWNLOADABLE WEB-BASED SOFTWARE APPLICATION FOR MUSIC COMPOSING; DRESS DESIGNING, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

PRIORITY DATE OF 4-21-2014 IS CLAIMED.

CRYPTON FUTURE MEDIA, INC.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                **TRADEMARK REGISTRATIONS**

**Reg. No. 4,879,127**    OWNER OF INTERNATIONAL REGISTRATION 1251829 DATED 10-20-2014, EXPIRES 10-20-2024.

THE NON-LATIN CHARACTERS IN THE MARK TRANSLITERATE TO "HATSUNE MIKU" AND THIS HAS NO MEANING IN A FOREIGN LANGUAGE.

THE MARK CONSISTS OF STYLIZED JAPANESE CHARACTERS ABOVE THE STYLIZED WORDING "HATSUNE MIKU".

SER. NO. 79-167,163, FILED 10-20-2014.

ALLISON SCHRODY, EXAMINING ATTORNEY