**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-05589 <br><br><br> **FILED UNDER SEAL** |

## SCHEDULE A TO THE AMENDED COMPLAINT

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | 100%Awesomefind Store | www.aliexpress.com/store/5009249 |
| 2 | 11.11 Store | www.aliexpress.com/store/1933827 |
| 3 | 19 Sui Store | www.aliexpress.com/store/4866079 |
| 4 | 2Idiots Apparel Store | www.aliexpress.com/store/1943422 |
| 5 | 365 days anime store | www.aliexpress.com/store/610807 |
| 6 | 3cCreative Products Store | www.aliexpress.com/store/5419191 |
| 7 | 666 Children Store | www.aliexpress.com/store/4226002 |
| 8 | A small Store | www.aliexpress.com/store/2770009 |
| 9 | A Walking Jewelries Store | www.aliexpress.com/store/3138048 |
| 10 | aboutcos Official Store | www.aliexpress.com/store/5780196 |
| 11 | Ace-Mall | www.aliexpress.com/store/712658 |
| 12 | ACGCos Store | www.aliexpress.com/store/5254056 |
| 13 | Add to Favorites COS Store | www.aliexpress.com/store/3514097 |
| 14 | AdhesivePatches Store | www.aliexpress.com/store/4652191 |
| 15 | Adults and children Store | www.aliexpress.com/store/5873458 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 16 | Agile Decor Store | www.aliexpress.com/store/3249059 |
| 17 | Aisha 'Park Of Toy Store | www.aliexpress.com/store/1143087 |
| 18 | AJ WALLPAPER Store | www.aliexpress.com/store/5135044 |
| 19 | AK66 Store | www.aliexpress.com/store/5592077 |
| 20 | ALDNFYI Trend Store | www.aliexpress.com/store/4460033 |
| 21 | Alen Store | www.aliexpress.com/store/1187009 |
| 22 | Amandafunnyzone Store | www.aliexpress.com/store/3628030 |
| 23 | Amellor Anime Store | www.aliexpress.com/store/3213032 |
| 24 | Amor's Gift Store | www.aliexpress.com/store/3246116 |
| 25 | Angel jenny zheng 's store | www.aliexpress.com/store/1271104 |
| 26 | Animation grocery Store | www.aliexpress.com/store/5125093 |
| 27 | Anime Bag World Store | www.aliexpress.com/store/3481039 |
| 28 | Anime Cos Store | www.aliexpress.com/store/1853058 |
| 29 | Anime dynasty | www.aliexpress.com/store/1810157 |
| 30 | Anime Fan Store | www.aliexpress.com/store/4083012 |
| 31 | Anime Fanatic Store | www.aliexpress.com/store/3852044 |
| 32 | Anime Fans Factory Store | www.aliexpress.com/store/4801040 |
| 33 | Anime Fans Store | www.aliexpress.com/store/1970159 |
| 34 | Anime First Store | www.aliexpress.com/store/5037097 |
| 35 | Anime Game Figures Factory Store | www.aliexpress.com/store/5361198 |
| 36 | ANIME HOBBY-2 Store | www.aliexpress.com/store/5241069 |
| 37 | Anime JK Store | www.aliexpress.com/store/4256005 |
| 38 | Anime lover | www.aliexpress.com/store/1294412 |
| 39 | Anime Model Store | www.aliexpress.com/store/3212122 |
| 40 | Anime Printing Store | www.aliexpress.com/store/1168061 |
| 41 | Anime Shirts Store | www.aliexpress.com/store/622169 |
| 42 | Anime Superhero Store | www.aliexpress.com/store/5201040 |
| 43 | anime zone Store | www.aliexpress.com/store/3210114 |
| 44 | Anime_gift Store | www.aliexpress.com/store/4501088 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 45 | anime-tribe Store | www.aliexpress.com/store/4684104 |
| 46 | animecollection Store | www.aliexpress.com/store/1768202 |
| 47 | AnimeFun Store | www.aliexpress.com/store/113015 |
| 48 | AnimeOtakuHome Store | www.aliexpress.com/store/4991258 |
| 49 | Anitoy Official Store | www.aliexpress.com/store/1453069 |
| 50 | ANOGOL Official Store | www.aliexpress.com/store/425471 |
| 51 | AnyCos | www.aliexpress.com/store/1758496 |
| 52 | Art Wallpaper Store | www.aliexpress.com/store/1777397 |
| 53 | AsenArt | www.aliexpress.com/store/816152 |
| 54 | Assier Store | www.aliexpress.com/store/2987022 |
| 55 | Astoriatoy Store | www.aliexpress.com/store/4262003 |
| 56 | Astraltoys Store | www.aliexpress.com/store/2906224 |
| 57 | Athemis | www.aliexpress.com/store/1500849 |
| 58 | August 007 | www.aliexpress.com/store/1939375 |
| 59 | Aurollina Lingeries Store | www.aliexpress.com/store/4299068 |
| 60 | AZMA Tech Store | www.aliexpress.com/store/5378039 |
| 61 | Baby memories Store | www.aliexpress.com/store/2948218 |
| 62 | Baby Toy's World | www.aliexpress.com/store/1809164 |
| 63 | BabyHouse Store | www.aliexpress.com/store/5792510 |
| 64 | Babytoy Store | www.aliexpress.com/store/3572008 |
| 65 | Bag-Show Store | www.aliexpress.com/store/3852076 |
| 66 | BAIUFOR World Store | www.aliexpress.com/store/1327113 |
| 67 | Bao Decoration Painting Store | www.aliexpress.com/store/3515102 |
| 68 | Baoziqhy Store | www.aliexpress.com/store/4994244 |
| 69 | Beautiful Makeup House Store | www.aliexpress.com/store/3220139 |
| 70 | beautify Jewel Store | www.aliexpress.com/store/2953143 |
| 71 | BecyDisanZ Store | www.aliexpress.com/store/4997132 |
| 72 | BellaBen Store | www.aliexpress.com/store/4043007 |
| 73 | Best-Anime Fans Store | www.aliexpress.com/store/5565043 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 74 | BIN-Y Store | www.aliexpress.com/store/4656015 |
| 75 | BIZJOY | www.aliexpress.com/store/1626797 |
| 76 | blockstoy Store | www.aliexpress.com/store/4754007 |
| 77 | Bluexit Store | www.aliexpress.com/store/4683031 |
| 78 | Blythe Homes | www.aliexpress.com/store/836958 |
| 79 | Bo Costumes World Store | www.aliexpress.com/store/4601014 |
| 80 | Boarhat Store | www.aliexpress.com/store/1765443 |
| 81 | Brave Newworld Store | www.aliexpress.com/store/3176004 |
| 82 | Brdwn Official Store | www.aliexpress.com/store/714698 |
| 83 | Bruce Huang | www.aliexpress.com/store/1489591 |
| 84 | BUBABOX Store | www.aliexpress.com/store/3281016 |
| 85 | buildingblocks Store | www.aliexpress.com/store/4834240 |
| 86 | C E Store | www.aliexpress.com/store/3184022 |
| 87 | Candycos Store | www.aliexpress.com/store/2957098 |
| 88 | Car Nanny Automobile Accessories Store | www.aliexpress.com/store/611248 |
| 89 | CartoonToysWorld Store | www.aliexpress.com/store/5587106 |
| 90 | CartoonTribe Store | www.aliexpress.com/store/2795179 |
| 91 | Casual Women's Clothes 737475 Store | www.aliexpress.com/store/3717004 |
| 92 | CCPRO | www.aliexpress.com/store/834585 |
| 93 | CGCOS Official Store | www.aliexpress.com/store/5782595 |
| 94 | CherryWei Store | www.aliexpress.com/store/4054035 |
| 95 | Children Disneytoy Club Store | www.aliexpress.com/store/5736201 |
| 96 | Children's Swimwear Store | www.aliexpress.com/store/4502065 |
| 97 | Children's Toy Store | www.aliexpress.com/store/3212020 |
| 98 | China 3C Digital Store | www.aliexpress.com/store/5001409 |
| 99 | China HiHi Store | www.aliexpress.com/store/2797229 |
| 100 | China Ke | www.aliexpress.com/store/1220055 |
| 101 | China Professional Factory Store | www.aliexpress.com/store/5791961 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 102 | China ZOCLOT Store | www.aliexpress.com/store/2901298 |
| 103 | Chonggeshangwu Store | www.aliexpress.com/store/1852703 |
| 104 | Chris paul toy Store | www.aliexpress.com/store/5021105 |
| 105 | cirno's store Official Store | www.aliexpress.com/store/1111821 |
| 106 | Clman Store | www.aliexpress.com/store/4427258 |
| 107 | Clothes and trousers Store | www.aliexpress.com/store/5879203 |
| 108 | CN0086 Toy Manufacturer Store | www.aliexpress.com/store/3092005 |
| 109 | Computer Mousepad Store | www.aliexpress.com/store/4518022 |
| 110 | cos clothings Store | www.aliexpress.com/store/5003248 |
| 111 | COS dreaming'story | www.aliexpress.com/store/936415 |
| 112 | Cos Prop Store | www.aliexpress.com/store/5196018 |
| 113 | Cos-Mart Store | www.aliexpress.com/store/1605027 |
| 114 | Cosaner wholesales Store | www.aliexpress.com/store/1985243 |
| 115 | Coscase Store | www.aliexpress.com/store/4495045 |
| 116 | CosCos Store | www.aliexpress.com/store/5483211 |
| 117 | Coserland Store | www.aliexpress.com/store/5381263 |
| 118 | cosfans costumes Store | www.aliexpress.com/store/4452039 |
| 119 | cosfans Store | www.aliexpress.com/store/5524001 |
| 120 | COSJK Store | www.aliexpress.com/store/4415151 |
| 121 | Cosmart Store | www.aliexpress.com/store/2298035 |
| 122 | Cosme Cosplay | www.aliexpress.com/store/532665 |
| 123 | COSNYC Store | www.aliexpress.com/store/5104058 |
| 124 | Cosplayfly Store | www.aliexpress.com/store/607469 |
| 125 | COSTUME FUNNY Store | www.aliexpress.com/store/5428130 |
| 126 | Costumebase | www.aliexpress.com/store/1770007 |
| 127 | CostumeBuy | www.aliexpress.com/store/1225194 |
| 128 | COWOWO Store | www.aliexpress.com/store/2165111 |
| 129 | cp0fun Store | www.aliexpress.com/store/3618032 |
| 130 | CrossTheOcean Store | www.aliexpress.com/store/2032035 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 131 | CUSROO Cycling Jersey Store | www.aliexpress.com/store/2800067 |
| 132 | Customes World | www.aliexpress.com/store/2222108 |
| 133 | Cute Unicorn - Store | www.aliexpress.com/store/3746016 |
| 134 | Cute Unicorn Anime Store | www.aliexpress.com/store/817993 |
| 135 | dajutu Store | www.aliexpress.com/store/1181013 |
| 136 | deal of the day | www.aliexpress.com/store/612763 |
| 137 | Deoxystoy Store | www.aliexpress.com/store/3623031 |
| 138 | Department store supermarket Store | www.aliexpress.com/store/5798232 |
| 139 | Didicos Store | www.aliexpress.com/store/5141019 |
| 140 | DIY and OEM 2016 | www.aliexpress.com/store/2071032 |
| 141 | Doll Dream (min order$10) | www.aliexpress.com/store/320653 |
| 142 | E-Mell Official Store | www.aliexpress.com/store/3685077 |
| 143 | Eaincos Store | www.aliexpress.com/store/1452084 |
| 144 | Eime Store | www.aliexpress.com/store/3144026 |
| 145 | Enchanting Women Store | www.aliexpress.com/store/4312031 |
| 146 | ewau000 Store | www.aliexpress.com/store/5254212 |
| 147 | fashiondiscover Store | www.aliexpress.com/store/3351009 |
| 148 | FEMSKIS Official Store | www.aliexpress.com/store/4041086 |
| 149 | Flevans WXYTOY Store | www.aliexpress.com/store/331593 |
| 150 | FR Cos Store | www.aliexpress.com/store/5053243 |
| 151 | Gegecos Store | www.aliexpress.com/store/4431093 |
| 152 | gemini_house Store | www.aliexpress.com/store/2793158 |
| 153 | Global Good Service Price Online Store | www.aliexpress.com/store/813026 |
| 154 | Gocosplay56 Store | www.aliexpress.com/store/3518110 |
| 155 | Good childhood world Store | www.aliexpress.com/store/5618147 |
| 156 | Guangzhou Sunningdale Trading Co.,Ltd | www.aliexpress.com/store/714892 |
| 157 | H appy ending Store | www.aliexpress.com/store/5631293 |
| 158 | Hadestar fans Store | www.aliexpress.com/store/5578060 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 159 | Happy-Nic2015 | www.aliexpress.com/store/1591069 |
| 160 | HOLRAN costume Store | www.aliexpress.com/store/3917003 |
| 161 | HongKong Baby Living Center Technology Co.,Ltd | www.aliexpress.com/store/1832160 |
| 162 | Hualashangmao Store | www.aliexpress.com/store/1972852 |
| 163 | hulingling Store | www.aliexpress.com/store/5001426 |
| 164 | IHYAMS Costume Store | www.aliexpress.com/store/711634 |
| 165 | ImbibeInk Costume Store | www.aliexpress.com/store/1708878 |
| 166 | Irelia H Store | www.aliexpress.com/store/3740022 |
| 167 | IRTBGFU Pi Store | www.aliexpress.com/store/4800047 |
| 168 | IRTBGFU Store | www.aliexpress.com/store/2901059 |
| 169 | ISEKAI Store | www.aliexpress.com/store/4995371 |
| 170 | IWinner Store | www.aliexpress.com/store/2843015 |
| 171 | J.H.A.C.G Official Store | www.aliexpress.com/store/535439 |
| 172 | Jem's Fashion Show | www.aliexpress.com/store/1462020 |
| 173 | JHgetworld Store | www.aliexpress.com/store/3390007 |
| 174 | JiangXiaoBai Store | www.aliexpress.com/store/4998363 |
| 175 | JIUZHE Store | www.aliexpress.com/store/5079233 |
| 176 | JumpTime L7 Store | www.aliexpress.com/store/5618060 |
| 177 | LELAKAYA dropshipping Store | www.aliexpress.com/store/5155076 |
| 178 | LELAKAYA Official Store | www.aliexpress.com/store/1242234 |
| 179 | LELAKAYA Store | www.aliexpress.com/store/3853057 |
| 180 | LIASOSO Store | www.aliexpress.com/store/3018241 |
| 181 | LIHUA Store | www.aliexpress.com/store/1931071 |
| 182 | Linda Se's store | www.aliexpress.com/store/836300 |
| 183 | Lion-Life show | www.aliexpress.com/store/1201454 |
| 184 | Little Wolf's Anime Dream 2 | www.aliexpress.com/store/2022056 |
| 185 | lolitaCos Store | www.aliexpress.com/store/4648132 |
| 186 | LUCCKATI Official Store | www.aliexpress.com/store/412876 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 187 | Luffy Song's store | www.aliexpress.com/store/823508 |
| 188 | Lunar Forest Store | www.aliexpress.com/store/5088101 |
| 189 | magicshop2015 | www.aliexpress.com/store/1789008 |
| 190 | MGF Official Store | www.aliexpress.com/store/2060066 |
| 191 | Miccases Shop | www.aliexpress.com/store/2077061 |
| 192 | mylove1216 Store | www.aliexpress.com/store/4997483 |
| 193 | MySunny2 Store | www.aliexpress.com/store/5870121 |
| 194 | Nbyinto Store | www.aliexpress.com/store/4425161 |
| 195 | Neko-Anime Store | www.aliexpress.com/store/3872090 |
| 196 | NNMR0309 Store | www.aliexpress.com/store/5009009 |
| 197 | Oct. Hometextiles Trading Co. Ltd. Store | www.aliexpress.com/store/1143050 |
| 198 | Omnitee Co.,LTD | www.aliexpress.com/store/2215002 |
| 199 | ONTE(Ledundudu) Store | www.aliexpress.com/store/314769 |
| 200 | Our Case Group | www.aliexpress.com/store/506171 |
| 201 | PrintPhoneCase Store | www.aliexpress.com/store/5596116 |
| 202 | ROLECOS Speciality Store | www.aliexpress.com/store/506841 |
| 203 | ROLECOS Store | www.aliexpress.com/store/340592 |
| 204 | rongzou Store | www.aliexpress.com/store/3200049 |
| 205 | RuoChong Store | www.aliexpress.com/store/5076289 |
| 206 | Ozawa Toy Store Store | www.aliexpress.com/store/5744106 |
| 207 | S-Fashional Clothes Store | www.aliexpress.com/store/3018280 |
| 208 | Saier planet Store | www.aliexpress.com/store/1779057 |
| 209 | Sconedia Art Printing Store | www.aliexpress.com/store/3115058 |
| 210 | SELLWORLDER FigureToy Store | www.aliexpress.com/store/3248059 |
| 211 | September Store | www.aliexpress.com/store/3577002 |
| 212 | shinehope Official Store | www.aliexpress.com/store/5019155 |
| 213 | Shop1480162 Store | www.aliexpress.com/store/1480162 |
| 214 | Shop1709891 Store | www.aliexpress.com/store/1709891 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 215 | Shop1746632 Store | www.aliexpress.com/store/1746632 |
| 216 | Shop3675042 Store | www.aliexpress.com/store/3675042 |
| 217 | Shop4426170 Store | www.aliexpress.com/store/4426170 |
| 218 | Shop4706138 Store | www.aliexpress.com/store/4706138 |
| 219 | Shop4987001 Store | www.aliexpress.com/store/4987001 |
| 220 | Shop5039013 Store | www.aliexpress.com/store/5039013 |
| 221 | Shop5092018 Store | www.aliexpress.com/store/5092018 |
| 222 | Shop5132011 Store | www.aliexpress.com/store/5132011 |
| 223 | Shop5260189 Store | www.aliexpress.com/store/5260189 |
| 224 | Shop5380242 Store | www.aliexpress.com/store/5380242 |
| 225 | Shop5426292 Store | www.aliexpress.com/store/5426292 |
| 226 | ice voyage cos Store | www.aliexpress.com/store/5477105 |
| 227 | Shop5617350 Store | www.aliexpress.com/store/5617350 |
| 228 | Shop5683038 Store | www.aliexpress.com/store/5683038 |
| 229 | Shop5719140 Store | www.aliexpress.com/store/5719140 |
| 230 | Shop5777116 Store | www.aliexpress.com/store/5777116 |
| 231 | Shop5778919 Store | www.aliexpress.com/store/5778919 |
| 232 | Shop5783606 Store | www.aliexpress.com/store/5783606 |
| 233 | Shop5873074 Store | www.aliexpress.com/store/5873074 |
| 234 | Shop5883065 Store | www.aliexpress.com/store/5883065 |
| 235 | Shop5890061 Store | www.aliexpress.com/store/5890061 |
| 236 | Shopular Official Store | www.aliexpress.com/store/1478164 |
| 237 | Since July Store | www.aliexpress.com/store/4053080 |
| 238 | Suddenly Heartbeat Store | www.aliexpress.com/store/3376013 |
| 239 | THE COS WORLD Official Store | www.aliexpress.com/store/818232 |
| 240 | The Pocket Store | www.aliexpress.com/store/618572 |
| 241 | Tronzo Chilren World Store Store | www.aliexpress.com/store/3654082 |
| 242 | Twins Shield Store | www.aliexpress.com/store/4421138 |
| 243 | Undersea World Store | www.aliexpress.com/store/4381114 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 244 | WanDong Store | www.aliexpress.com/store/3915012 |
| 245 | WLOVELUO Store | www.aliexpress.com/store/1015232 |
| 246 | Wonderful_Girl | www.aliexpress.com/store/1488279 |
| 247 | XYLTOTOANIME Official Store | www.aliexpress.com/store/609682 |
| 248 | You Loving | www.aliexpress.com/store/1813180 |
| 249 | Young-er Store | www.aliexpress.com/store/5069406 |
| 250 | Yoyou Store | www.aliexpress.com/store/2854086 |
| 251 | YWNN898 Store | www.aliexpress.com/store/5005008 |
| 123 | Zeaili Store | www.aliexpress.com/store/2340336 |
| 253 | Anime_store's booth | www.bonanza.com/booths/Anime_store |
| 254 | Dsgiftcenter Times Garden | www.bonanza.com/booths/dsgiftcenter |
| 255 | fancydresscosplay's booth | www.bonanza.com/booths/fancydresscosplay |
| 256 | 111kami111 | www.ebay.com/usr/111kami111 |
| 257 | 2_31657 | www.ebay.com/usr/2_31657 |
| 258 | 2014-chiwa | www.ebay.com/usr/2014-chiwa |
| 259 | 2019dajidali | www.ebay.com/usr/2019dajidali |
| 260 | 2019top-tore | www.ebay.com/usr/2019top-tore |
| 261 | 5cn6920 | www.ebay.com/usr/5cn6920 |
| 262 | 6.55953 | www.ebay.com/usr/6.55953 |
| 263 | 68mddh_ww | www.ebay.com/usr/68mddh_ww |
| 264 | acgonlinecos | www.ebay.com/usr/acgonlinecos |
| 265 | alone8247 | www.ebay.com/usr/alone8247 |
| 266 | amyjing789 | www.ebay.com/usr/amyjing789 |
| 267 | angelababy0 | www.ebay.com/usr/angelababy0 |
| 268 | anime_stone | www.ebay.com/usr/anime_stone |
| 269 | anime.jade | www.ebay.com/usr/anime.jade |
| 270 | anime66 | www.ebay.com/usr/anime66 |
| 271 | animemangagifts | www.ebay.com/usr/animemangagifts |
| 272 | animeshop666 | www.ebay.com/usr/animeshop666 |

| No. | Defendant / Seller Alias | Marketplace URL |
| --- | --- | --- |
| 273 | animeworld2015 | www.ebay.com/usr/animeworld2015 |
| 274 | ap671439ad | www.ebay.com/usr/ap671439ad |
| 275 | arvlee0521 | www.ebay.com/usr/arvlee0521 |
| 276 | babychen2016 | www.ebay.com/usr/babychen2016 |
| 277 | babyfacevi | www.ebay.com/usr/babyfacevi |
| 278 | beautiful1890 | www.ebay.com/usr/beautiful1890 |
| 279 | beibdyeibao8885 | www.ebay.com/usr/beibdyeibao8885 |
| 280 | belletoy*house | www.ebay.com/usr/belletoy*house |
| 281 | best*wish*u*365 | www.ebay.com/usr/best*wish*u*365 |
| 282 | big*green*tree | www.ebay.com/usr/big*green*tree |
| 283 | bigbangbigbangbigbang | www.ebay.com/usr/bigbangbigbangbigbang |
| 284 | bingsky1988 | www.ebay.com/usr/bingsky1988 |
| 285 | brillianceview | www.ebay.com/usr/brillianceview |
| 286 | buyer*home | www.ebay.com/usr/buyer*home |
| 287 | cafiona_cos | www.ebay.com/usr/cafiona_cos |
| 288 | cathealove88 | www.ebay.com/usr/cathealove88 |
| 289 | celestiallynnfong0 | www.ebay.com/usr/celestiallynnfong0 |
| 290 | charminggoods888 | www.ebay.com/usr/charminggoods888 |
| 291 | chibistickery | www.ebay.com/usr/chibistickery |
| 292 | china_world | www.ebay.com/usr/china_world |
| 293 | chinesegirl5223 | www.ebay.com/usr/chinesegirl5223 |
| 294 | comxi91 | www.ebay.com/usr/comxi91 |
| 295 | cos-mikasa | www.ebay.com/usr/cos-mikasa |
| 296 | cosyyphk | www.ebay.com/usr/cosyyphk |
| 297 | csddlink | www.ebay.com/usr/csddlink |
| 298 | csemanyuan | www.ebay.com/usr/csemanyuan |
| 299 | cute-mall | www.ebay.com/usr/cute-mall |
| 300 | dance13147 | www.ebay.com/usr/dance13147 |
| 301 | day.day.up.fbb | www.ebay.com/usr/day.day.up.fbb |

| No. | Defendant / Seller Alias | Marketplace URL |
| --- | --- | --- |
| 302 | dendenhobbystore | www.ebay.com/usr/dendenhobbystore |
| 303 | dgjdgj007 | www.ebay.com/usr/dgjdgj007 |
| 304 | distinctivestore1988 | www.ebay.com/usr/distinctivestore1988 |
| 305 | dmsymng | www.ebay.com/usr/dmsymng |
| 306 | dongyueshop | www.ebay.com/usr/dongyueshop |
| 307 | easy2buystore2010 | www.ebay.com/usr/easy2buystore2010 |
| 308 | ekinyangyiwei | www.ebay.com/usr/ekinyangyiwei |
| 309 | epsoonsl0 | www.ebay.com/usr/epsoonsl0 |
| 310 | etalleworldstore | www.ebay.com/usr/etalleworldstore |
| 311 | everfancyclothes | www.ebay.com/usr/everfancyclothes |
| 312 | fairytale-197 | www.ebay.com/usr/fairytale-197 |
| 313 | faithtoptalk | www.ebay.com/usr/faithtoptalk |
| 314 | fanshiyuanb-3 | www.ebay.com/usr/fanshiyuanb-3 |
| 315 | favoritezone | www.ebay.com/usr/favoritezone |
| 316 | fengqinlinga-0 | www.ebay.com/usr/fengqinlinga-0 |
| 317 | fengtai169 | www.ebay.com/usr/fengtai169 |
| 318 | ffyyxin | www.ebay.com/usr/ffyyxin |
| 319 | figure-seller | www.ebay.com/usr/figure-seller |
| 320 | flashgoodies | www.ebay.com/usr/flashgoodies |
| 321 | followe | www.ebay.com/usr/followe |
| 322 | forever13148 | www.ebay.com/usr/forever13148 |
| 323 | freevivienne | www.ebay.com/usr/freevivienne |
| 324 | fun-in-a-box | www.ebay.com/usr/fun-in-a-box |
| 325 | galaxy-toy | www.ebay.com/usr/galaxy-toy |
| 326 | galaxycosplay | www.ebay.com/usr/galaxycosplay |
| 327 | gaoqiongmore | www.ebay.com/usr/gaoqiongmore |
| 328 | giftcenter4u | www.ebay.com/usr/giftcenter4u |
| 329 | gkstatues6 | www.ebay.com/usr/gkstatues6 |
| 330 | great-seller888 | www.ebay.com/usr/great-seller888 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 331 | greenstore890 | www.ebay.com/usr/greenstore890 |
| 332 | guangdong_shop2017 | www.ebay.com/usr/guangdong_shop2017 |
| 333 | hantingshop2011 | www.ebay.com/usr/hantingshop2011 |
| 334 | hisunnygirls_123 | www.ebay.com/usr/hisunnygirls_123 |
| 335 | hk2-gopjwl | www.ebay.com/usr/hk2-gopjwl |
| 336 | hobbydash | www.ebay.com/usr/hobbydash |
| 337 | honghong*huohuo | www.ebay.com/usr/honghong*huohuo |
| 338 | wong8898 | www.ebay.com/str/kai88998 |
| 339 | huahuadol | www.ebay.com/usr/huahuado |
| 340 | huangmeiqiua1-2 | www.ebay.com/usr/huangmeiqiua1-2 |
| 341 | hunny_lee | www.ebay.com/usr/hunny_lee |
| 342 | ibuyxyz | www.ebay.com/usr/ibuyxyz |
| 343 | ichmagmango | www.ebay.com/usr/ichmagmango |
| 344 | ikxddu_s66 | www.ebay.com/usr/ikxddu_s66 |
| 345 | jarry-jazz | www.ebay.com/usr/jarry-jazz |
| 346 | jcpunk | www.ebay.com/usr/jcpunk |
| 347 | jennys-magic-house | www.ebay.com/usr/jennys-magic-house |
| 348 | jerryli1981 | www.ebay.com/usr/jerryli1981 |
| 349 | jiech2 | www.ebay.com/usr/jiech2 |
| 350 | jieyu-34 | www.ebay.com/usr/jieyu-34 |
| 351 | jing9533 | www.ebay.com/usr/jing9533 |
| 352 | jingchang2016 | www.ebay.com/usr/jingchang2016 |
| 353 | joker_cc | www.ebay.com/usr/joker_cc |
| 354 | kcneya_0 | www.ebay.com/usr/kcneya_0 |
| 355 | kikianime | www.ebay.com/usr/kikianime |
| 356 | kingyao-909 | www.ebay.com/usr/kingyao-909 |
| 357 | laotie-666 | www.ebay.com/usr/laotie-666 |
| 358 | letang8899-7 | www.ebay.com/usr/letang8899-7 |
| 359 | linyang169 | www.ebay.com/str/linyang168 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 360 | litangtouzi | www.ebay.com/usr/litangtouzi |
| 361 | litaoshoes2014 | www.ebay.com/usr/litaoshoes2014 |
| 362 | loveacgcosplay | www.ebay.com/usr/loveacgcosplay |
| 363 | lovelyhouse88 | www.ebay.com/usr/lovelyhouse88 |
| 364 | lp-jewelry | www.ebay.com/usr/lp-jewelry |
| 365 | luckybeauty3 | www.ebay.com/usr/luckybeauty3 |
| 366 | luckystar*usa | www.ebay.com/usr/luckystar*usa |
| 367 | lulutongda | www.ebay.com/usr/lulutongda |
| 368 | lvlindis | www.ebay.com/usr/lvlindis |
| 369 | lyhaabbcc | www.ebay.com/usr/lyhaabbcc |
| 370 | m.lcos.ruler | www.ebay.com/usr/m.lcos.ruler |
| 371 | makeasy2u | www.ebay.com/usr/makeasy2u |
| 372 | mensfasion2018 | www.ebay.com/usr/mensfasion2018 |
| 373 | mg_animecosmdse | www.ebay.com/usr/mg_animecosmdse |
| 374 | minmin-2017 | www.ebay.com/usr/minmin-2017 |
| 375 | minminmushroom | www.ebay.com/usr/minminmushroom |
| 376 | misaki1987 | www.ebay.com/usr/misaki1987 |
| 377 | misse0116 | www.ebay.com/usr/misse0116 |
| 378 | moeanime | www.ebay.com/usr/moeanime |
| 379 | monsterhousehk | www.ebay.com/usr/monsterhousehk |
| 380 | mousepad-factory | www.ebay.com/usr/mousepad-factory |
| 381 | mutou88826 | www.ebay.com/usr/mutou88826 |
| 382 | ninomikazu0617216 | www.ebay.com/usr/ninomikazu0617216 |
| 383 | onetops168 | www.ebay.com/usr/onetops168 |
| 384 | pamu29232071397 | www.ebay.com/usr/pamu29232071397 |
| 385 | peter-select | www.ebay.com/usr/peter-select |
| 386 | petery2011 | www.ebay.com/usr/petery2011 |
| 387 | phoenix-forever-hk | www.ebay.com/usr/phoenix-forever-hk |
| 388 | pingxiao669 | www.ebay.com/str/pingxiao669 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 389 | pinkpig710 | www.ebay.com/usr/pinkpig710 |
| 390 | professional**seller | www.ebay.com/usr/professional**seller |
| 391 | punk-koala | www.ebay.com/usr/punk-koala |
| 392 | qiang_9 | www.ebay.com/usr/qiang_9 |
| 393 | qiong34-5 | www.ebay.com/usr/qiong34-5 |
| 394 | qiwa90 | www.ebay.com/usr/qiwa90 |
| 395 | qjy2018 | www.ebay.com/usr/qjy2018 |
| 396 | raising1234 | www.ebay.com/usr/raising1234 |
| 397 | rongzhang8899 | www.ebay.com/usr/rongzhang8899 |
| 398 | sc_store9999 | www.ebay.com/usr/sc_store9999 |
| 399 | sea19866 | www.ebay.com/usr/sea19866 |
| 400 | sekikun | www.ebay.com/usr/sekikun |
| 401 | sesy567jmy | www.ebay.com/usr/sesy567jmy |
| 402 | shi-lai-yun-zhuan | www.ebay.com/usr/shi-lai-yun-zhuan |
| 403 | shoppingmall.alice | www.ebay.com/usr/shoppingmall.alice |
| 404 | shuge62 | www.ebay.com/usr/shuge62 |
| 405 | shuxi5888 | www.ebay.com/usr/shuxi5888 |
| 406 | sicongshop | www.ebay.com/usr/sicongshop |
| 407 | smile.angel | www.ebay.com/usr/smile.angel |
| 408 | springsetse | www.ebay.com/usr/springsetse |
| 409 | stevenhanshop | www.ebay.com/str/stevenhanshop |
| 410 | topstore518 | www.ebay.com/usr/topstore518 |
| 411 | superanime | www.ebay.com/usr/superanime |
| 412 | superanime2019 | www.ebay.com/usr/superanime2019 |
| 413 | supermanufacturer | www.ebay.com/usr/supermanufacturer |
| 414 | supertop2020 | www.ebay.com/usr/supertop2020 |
| 415 | sutty.168 | www.ebay.com/str/sutty.168 |
| 416 | topdream.toys | www.ebay.com/usr/topdream.toys |
| 417 | toys-gifts19 | www.ebay.com/usr/toys-gifts19 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 418 | trthon1 | www.ebay.com/usr/trthon1 |
| 419 | tucan-select | www.ebay.com/usr/tucan-select |
| 420 | v880tka-1 | www.ebay.com/usr/v880tka-1 |
| 421 | venus153224021 | www.ebay.com/usr/venus153224021 |
| 422 | vintage_us | www.ebay.com/usr/vintage_us |
| 423 | vision4u_life | www.ebay.com/usr/vision4u_life |
| 424 | w_qian0988 | www.ebay.com/usr/w_qian0988 |
| 425 | wang3_man | www.ebay.com/usr/wang3_man |
| 426 | wangnuanshop | www.ebay.com/usr/wangnuanshop |
| 427 | wangyunjin2016_5 | www.ebay.com/usr/wangyunjin2016_5 |
| 428 | wangzenghuishop | www.ebay.com/usr/wangzenghuishop |
| 429 | welove2016 | www.ebay.com/usr/welove2016 |
| 430 | wenzi966 | www.ebay.com/usr/wenzi966 |
| 431 | wholesale-vip | www.ebay.com/usr/wholesale-vip |
| 432 | winwinhu | www.ebay.com/usr/winwinhu |
| 433 | winwinselling2010 | www.ebay.com/usr/winwinselling2010 |
| 434 | witkey2009 | www.ebay.com/usr/witkey2009 |
| 435 | wonderlandhk90 | www.ebay.com/usr/wonderlandhk90 |
| 436 | xi.xu85 | www.ebay.com/usr/xi.xu85 |
| 437 | xiaochun169 | www.ebay.com/usr/xiaochun169 |
| 438 | xingguang198 | www.ebay.com/str/xingguang198 |
| 439 | xingye87 | www.ebay.com/usr/xingye87 |
| 440 | xinhuiwuyou543jmy | www.ebay.com/usr/xinhuiwuyou543jmy |
| 441 | xiongyiwl1_9 | www.ebay.com/usr/xiongyiwl1_9 |
| 442 | yangstore1688 | www.ebay.com/usr/yangstore1688 |
| 443 | yanhonzhag-0 | www.ebay.com/usr/yanhonzhag-0 |
| 444 | yanjuwdj104 | www.ebay.com/usr/yanjuwdj104 |
| 445 | youlifa | www.ebay.com/usr/youlifa |
| 446 | yufenwan_0 | www.ebay.com/usr/yufenwan_0 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 447 | yumeng2000anime | www.ebay.com/usr/yumeng2000anime |
| 448 | zhangmeng66772 | www.ebay.com/usr/zhangmeng66772 |
| 449 | zhaoanan122 | www.ebay.com/usr/zhaoanan122 |
| 450 | zhaomingyong188-6 | www.ebay.com/usr/zhaomingyong188-6 |
| 451 | zhaowei1999_6 | www.ebay.com/usr/zhaowei1999_6 |
| 452 | zoey-2000 | www.ebay.com/usr/zoey-2000 |
| 453 | zuohongwei1974 | www.ebay.com/usr/zuohongwei1974 |
| 454 | AnimeJPro | www.etsy.com/shop/AnimeJPro |
| 455 | BobiSpace | www.etsy.com/shop/BobiSpace |
| 456 | cosmylover | www.etsy.com/shop/cosmylover |
| 457 | CraftIdeaSupplies | www.etsy.com/shop/CraftIdeaSupplies |
| 458 | CriusArtwork | www.etsy.com/shop/CriusArtwork |
| 459 | FunnyGiftStore | www.etsy.com/shop/FunnyGiftStore |
| 460 | GemelliTwins | www.etsy.com/shop/GemelliTwins |
| 461 | LatexCatfish | www.etsy.com/shop/LatexCatfish |
| 462 | ShopaholicNomo | www.etsy.com/shop/ShopaholicNomo |
| 463 | weihehe | www.etsy.com/shop/weihehe |
| 464 | YanKenShop | www.etsy.com/shop/YanKenShop |
| 465 | YankenshopGifts | www.etsy.com/shop/YankenshopGifts |
| 466 | Hikaru Manga Studio | https://displate.com/hikarumangastudio |
| 467 | boen9 | www.wish.com//merchant/583016ebd914f54e1ba817ea |
| 468 | CHANG YOUNG | www.wish.com//merchant/5d5534b4560eca4f42d3adfa |
| 469 | cyan's shop | www.wish.com/merchant/%22cyan's%20shop%22 |
| 470 | dsgbsrtjnatrjg | www.wish.com/merchant/%22dsgbsrtjnatrjg%22 |
| 471 | F G Fashion Jewelry | www.wish.com/merchant/%22F%20G%20Fashion%20Jewelry%22 |
| 472 | gmmingming | www.wish.com/merchant/%22gmmingming%22 |
| 473 | JAFashion | www.wish.com/merchant/%22JAFashion%22 |
| 474 | kmeioxndamnd | www.wish.com/merchant/%22kmeioxndamnd%22 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 475 | LoveSecret su | www.wish.com/merchant/%22LoveSecret%20su%22 |
| 476 | migu5414 | www.wish.com/merchant/%22migu5414%22 |
| 477 | MORATA | www.wish.com/merchant/%22MORATA%22 |
| 478 | Nuts tea | www.wish.com/merchant/%22Nuts%20tea%22 |
| 479 | sellerswindows market | www.wish.com/merchant/%22sellerswindows%20market%22 |
| 480 | shop of kitty | www.wish.com/merchant/%22shop%20of%20kitty%22 |
| 481 | Sunshine childhood | www.wish.com/merchant/%22Sunshine%20childhood%22 |
| 482 | tastegreat | www.wish.com/merchant/%22tastegreat%22 |
| 483 | Toys&Hobbies&gifts | www.wish.com/merchant/%22Toys&Hobbies&gifts%22 |
| 484 | uniquefashiongo | www.wish.com/merchant/%22uniquefashiongo%22 |
| 485 | xiaohuihuii | www.wish.com/merchant/%22xiaohuihuii%22 |
| 486 | zhenlingmeili | www.wish.com/merchant/%22zhenlingmeili%22 |
| 487 | ZYZZZZZZ | www.wish.com/merchant/%22ZYZZZZZZ%22 |