# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., | CASE NO.: 1:20-CV-05589 |
| PLAINTIFF, | |
| V. | JUDGE MARY M. ROWLAND |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE JEFFREY CUMMINGS |
| DEFENDANTS. | **FILED UNDER SEAL** |

## PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY

Plaintiff, Crypton Future Media, Inc. ("Crypton" or "Plaintiff"), seeks entry of an *Ex Parte* Temporary Restraining Order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit Hatsune Miku products, a temporary asset restraint, and expedited discovery in an action arising out of the following: Count I, Trademark Infringement and Counterfeiting (15 U.S.C. § 1114); Count II, False Designation Of Origin, Passing Off, & Unfair Competition (15 U.S.C. § 1125(a)/Lanham Act § 43(a)); Count III, Trademark Dilution by Blurring and/or Tarnishment (15 U.S.C. § 1125(c)/Lanham Act § 43(c)); Count IV, Trademark Dilution Under 765 ILCS 1036/65 (765 ILCS § 1036/65, *et seq.*); and, Count V, Violation Of Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: September 21, 2020            Respectfully submitted,

                                                       */s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

**ATTORNEYS FOR PLAINTIFF**