**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., | CASE NO.: 1:20-CV-05589 |
| PLAINTIFF, | |
| V. | JUDGE MARY M. ROWLAND |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE JEFFREY CUMMINGS |
| DEFENDANTS. | **FILED UNDER SEAL** |

## SEALED EXHIBIT 2 TO THE DECLARATION OF PAUL VARLEY

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**

# 1. 100%Awesomefind Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/4000836662547.html | Marketplace : AliExpress |
| Product ID : 4000836662547 | Brand : Hatsune Miku |
| Seller Name : 100%Awesomefind Store | |

**Crypton Future Media, Inc.**     **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**

## 2. 11.11 Store



| | |
|---|---|
| Product Page : www.aliexpress.com/item/4000963550546.html | Marketplace : AliExpress |
| Product ID : 4000963550546 | Brand : Hatsune Miku |
| Seller Name : 11.11 Store | |

**Crypton Future Media, Inc.**                    **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**                    **Varley Declaration | Exhibit 2**

## 3. 19 Sui Store



Product Page :
www.aliexpress.com/item/33012566685.html

Product ID : 33012566685

Seller Name : 19 Sui Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**     **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 4. 2Idiots Apparel Store



Product Page :
www.aliexpress.com/item/32967034770.html

Product ID : 32967034770

Seller Name : 2Idiots Apparel Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 5. 365 days anime store



Product Page :
www.aliexpress.com/item/33010049257.html

Product ID : 33010049257

Seller Name : 365 days anime store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**　　　　　　　**Varley Declaration | Exhibit 2**

## 6. 3cCreative Products Store



Product Page :
www.aliexpress.com/item/4000464189909.html

Marketplace : AliExpress

Product ID : 4000464189909

Brand : Hatsune Miku

Seller Name : 3cCreative Products Store

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**   **Varley Declaration | Exhibit 2**

## 7. 666 Children Store



| Product Page : | |
| --- | --- |
| www.aliexpress.com/item/33035352102.html | Marketplace : AliExpress |
| Product ID : 33035352102 | Brand : Hatsune Miku |
| Seller Name : 666 Children Store | |

**Crypton Future Media, Inc.**       **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 8. A small Store



| | |
|---|---|
| Product Page : www.aliexpress.com/item/4001138650409.html | Marketplace : AliExpress |
| Product ID : 4001138650409 | Brand : Hatsune Miku |
| Seller Name : A small Store | |

**Crypton Future Media, Inc.**      **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**

## 9. A Walking Jewelries Store



| Product Page : | Marketplace : AliExpress |
|---|---|
| www.aliexpress.com/item/4001128576387.html | |
| Product ID : 4001128576387 | Brand : Hatsune Miku |
| Seller Name : A Walking Jewelries Store | |

**Crypton Future Media, Inc.**　　　　　　**Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**

# 10. aboutcos Official Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/4000931030441.html | Marketplace : AliExpress |
| Product ID : 4000931030441 | Brand : Hatsune Miku |
| Seller Name : aboutcos Official Store | |

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration | Exhibit 2

## 11. Ace-Mall



Product Page :
www.aliexpress.com/item/32739988978.html

Product ID : 32739988978

Seller Name : Ace-Mall

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**            **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 12. ACGCos Store



| | |
|---|---|
| Product Page : www.aliexpress.com/item/4001137587167.html | Marketplace : AliExpress |
| Product ID : 4001137587167 | Brand : Hatsune Miku |
| Seller Name : ACGCos Store | |

**Crypton Future Media, Inc.**     **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**        **Varley Declaration | Exhibit 2**

# 13. Add to Favorites COS Store



| Product Page : | |
| www.aliexpress.com/item/4000079289515.html | Marketplace : AliExpress |
| Product ID : 4000079289515 | Brand : Hatsune Miku |
| Seller Name : Add to Favorites COS Store | |

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 14. AdhesivePatches Store



| Product Page : | Marketplace : AliExpress |
|---|---|
| www.aliexpress.com/item/4000100386859.html | |
| Product ID : 4000100386859 | Brand : Hatsune Miku |
| Seller Name : AdhesivePatches Store | |

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**     **Varley Declaration | Exhibit 2**

## 15. Adults and children Store



Product Page :
www.aliexpress.com/item/4001138372568.html

Product ID : 4001138372568

Seller Name : Adults and children Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**              **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 16. Agile Decor Store



Product Page :
www.aliexpress.com/item/4000542791474.html

Product ID : 4000542791474

Seller Name : Agile Decor Store

Marketplace : AliExpress

Brand : Hatsune Miku

Agile Decor Store
92.7% Positive feedback
0.2K Followers
Contact
+ Follow
Visit the store
Store catalog
Festival
Event & Party
Ballons
Artificial & Dried Flowers
Gift Bags & Boxes
Kitchen
Spoons & Fork
Kitchen Tools & Gadgets
Silicone Cake Molds & Cookie Cutter
Arts
DIY Apparel Sewing & Fabric
OVERVIEW
CUSTOMER REVIEW (3)
SPECIFICATIONS
Product report
Size: 8 * 9CM

AliExpress
Shipping Information
Ann O Sullivan , +1 31268621
1440 W Taylor Street # 515
Chicago , Illinois , United States , 60607
+ Add new address
Choose other addresses
Step 2 of 3
Payment methods
Card
WebMoney
Transfer
Bank Transfer
Show all payment methods
0000 0000 0000 0000
000
Order summary
Choose coupons
AliExpress coupons
Promotion Code
Apply
total
US $ 17.06
Ordered

Agile Decor Store
Open 2 year(s)
91.0% Positive feedback
FOLLOW
191 Followers
Store No.3249059
Jinhua, Zhejiang, China
This store has been open since Nov 2,2017
Business License
Detailed seller ratings (Out of 5)
Item as Described 4.4 Below Average
Communication 4.4 Below Average
Shipping Speed 4.2 Below Average
Contact Now
Visit Store
FOLLOW





Crypton Future Media, Inc.                         **Varley Declaration | Exhibit 2**

# 17. Aisha' Park Of Toy Store



Product Page :
www.aliexpress.com/item/33043875268.html

Marketplace : AliExpress

Product ID : 33043875268

Brand : Hatsune Miku

Seller Name : Aisha' Park Of Toy Store

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 18. AJ WALLPAPER Store



Product Page :
www.aliexpress.com/item/4000036241556.html

Product ID : 4000036241556

Seller Name : AJ WALLPAPER Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 19. AK66 Store



Product Page :
www.aliexpress.com/item/4001091172389.html

Product ID : 4001091172389

Seller Name : AK66 Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 20. ALDNFYI Trend Store



Product Page :
www.aliexpress.com/item/4000576284063.html

Product ID : 4000576284063

Seller Name : ALDNFYI Trend Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**         **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 21. Alen Store



Product Page :
www.aliexpress.com/item/4001141498898.html

Product ID : 4001141498898

Seller Name : Alen Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**         **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 22. Amandafunnyzone Store



Product Page :
www.aliexpress.com/item/4001151998486.html

Product ID : 4001151998486

Seller Name : Amandafunnyzone Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.                Varley Declaration | Exhibit 2

## 23. Amellor Anime Store



Product Page :
www.aliexpress.com/item/32840601768.html

Product ID : 32840601768

Seller Name : Amellor Anime Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**             **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 24. Amor's Gift Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/4000790132947.html | Marketplace : AliExpress |
| Product ID : 4000790132947 | Brand : Hatsune Miku |
| Seller Name : Amor's Gift Store | |

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**　　　　　**Varley Declaration | Exhibit 2**

## 25. Angel jenny zheng 's store



Product Page :
www.aliexpress.com/item/32342234036.html

Product ID : 32342234036

Seller Name : Angel jenny zheng 's store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**　　　　　　　**Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 26. Animation grocery Store



| Product Page :<br>www.aliexpress.com/item/4000059330979.html | Marketplace : AliExpress |
|---|---|
| Product ID : 4000059330979 | Brand : Hatsune Miku |
| Seller Name : Animation grocery Store | |

**Crypton Future Media, Inc.**            **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**　　　　　**Varley Declaration | Exhibit 2**

## 27. Anime Bag World Store



Product Page :
www.aliexpress.com/item/33030044008.html

Product ID : 33030044008

Seller Name : Anime Bag World Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 28. Anime Cos Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/32897987943.html<br><br>Product ID : 32897987943<br><br>Seller Name : Anime Cos Store | Marketplace : AliExpress<br><br>Brand : Hatsune Miku |

**Crypton Future Media, Inc.**                    **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 29. Anime dynasty



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/4000293950876.html<br><br>Product ID : 4000293950876<br><br>Seller Name : Anime dynasty | Marketplace : AliExpress<br><br>Brand : Hatsune Miku |

**Crypton Future Media, Inc.**      **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 30. Anime Fan Store



| | |
|---|---|
| Product Page : www.aliexpress.com/item/1000005927456.html | Marketplace : AliExpress |
| Product ID : 1000005927456 | Brand : Hatsune Miku |
| Seller Name : Anime Fan Store | |

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.  Varley Declaration | Exhibit 2

## 31. Anime Fanatic Store



| Product Page : | Marketplace : AliExpress |
|---|---|
| www.aliexpress.com/item/32868397681.html | |
| | Brand : Hatsune Miku |
| Product ID : 32868397681 | |
| | |
| Seller Name : Anime Fanatic Store | |

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 32. Anime Fans Factory Store



| Product Page : | |
|---|---|
| www.aliexpress.com/item/4000148456596.html | Marketplace : AliExpress |
| Product ID : 4000148456596 | Brand : Hatsune Miku |
| Seller Name : Anime Fans Factory Store | |

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**                    **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**      **Varley Declaration | Exhibit 2**

## 33. Anime Fans Store



| Product Page :<br>www.aliexpress.com/item/32793316282.html | Marketplace : AliExpress |
|---|---|
| Product ID : 32793316282 | Brand : Hatsune Miku |
| Seller Name : Anime Fans Store | |

**Crypton Future Media, Inc.**        **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration | Exhibit 2

# 34. Anime First Store



| Product Page :<br>www.aliexpress.com/item/4000451044421.html | |
|---|---|
| Product ID : 4000451044421 | Marketplace : AliExpress |
| | Brand : Hatsune Miku |
| Seller Name : Anime First Store | |

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 35. Anime Game Figures Factory Store



Product Page :
www.aliexpress.com/item/4000780401252.html

Product ID : 4000780401252

Seller Name : Anime Game Figures Factory
Store

Marketplace : AliExpress

Brand : Hatsune Miku

Anime Game Figure...
Contact
Store Categories
Sexy Girls Figure
Japanese Anime Game Figure
One Piece
Dragon Ball Z
European Anime Game Figure
Korea Anime Game Figure
Others
Top Selling
OVERVIEW
CUSTOMER REVIEWS (20)
SPECIFICATIONS
Report Item
10cm Hatsune Miku Anime Figure Toys Game Prize Noodle Stopper Figure Vocaloid PVC Action Figure Toy Collection Model Doll

AliExpress
Shipping Information
Ann O Sullivan, +1 31268621
1440 W Taylor Street #515
Chicago, Illinois, United States, 60607
+ Add new address
Select other addresses
Step 2 of 3
Payment Methods
Card
WebMoney
Wire Transfer
Show all payment methods
100% secure payment with
Save this card
Order Summary
Select Coupon
AliExpress Coupon
Promo Code
Apply
Total
US $11.46
Please enter the CAPTCHA:
Place Order

Anime Game Figures Factory Store
95.4%
Positive feedback
FOLLOW
261 Followers
Store No.5361198
foshanshi, China
This store has been open since
Oct 6,2019
Business License
Detailed seller ratings (Out of 5)
Item as Described
4.6 Below Average
Communication
4.6 Below Average
Shipping Speed
4.5 Below Average
Contact Now
Visit Store
FOLLOW





**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 36. ANIME HOBBY-2 Store



| Product Page :                                           |                            |
| www.aliexpress.com/item/4000605356478.html               | Marketplace : AliExpress   |
|                                                          |                            |
| Product ID : 4000605356478                               | Brand : Hatsune Miku       |
|                                                          |                            |
| Seller Name : ANIME HOBBY-2 Store                        |                            |

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.　　　　　　Varley Declaration　|　Exhibit 2

## 37. Anime JK Store



Product Page :
www.aliexpress.com/item/32995863359.html

Product ID : 32995863359

Seller Name : Anime JK Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**

## 38. Anime lover



| | |
|---|---|
| Product Page : www.aliexpress.com/item/4001041633307.html | Marketplace : AliExpress |
| Product ID : 4001041633307 | Brand : Hatsune Miku |
| Seller Name : Anime lover | |

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 39. Anime Model Store



| Product Page :<br>www.aliexpress.com/item/4000243953627.html | |
| --- | --- |
| | Marketplace : AliExpress |
| Product ID : 4000243953627 | |
| | Brand : Hatsune Miku |
| Seller Name : Anime Model Store | |

**Crypton Future Media, Inc.**    **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 40. Anime Printing Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/4000932538571.html | Marketplace : AliExpress |
| Product ID : 4000932538571 | Brand : Hatsune Miku |
| Seller Name : Anime Printing Store | |

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration | Exhibit 2

## 41. Anime Shirts Store



Product Page :
www.aliexpress.com/item/32311222814.html

Product ID : 32311222814

Seller Name : Anime Shirts Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**            **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**     **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 42. Anime Superhero Store



Product Page :
www.aliexpress.com/item/4001108340978.html

Product ID : 4001108340978

Seller Name : Anime Superhero Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**   **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 43. anime zone Store







| Product Page :<br>www.aliexpress.com/item/33009642677.html | Marketplace : AliExpress |
|---|---|
| Product ID : 33009642677 | Brand : Hatsune Miku |
| Seller Name : anime zone Store | |

**Crypton Future Media, Inc.**    **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**  **Varley Declaration  |  Exhibit 2**

## 44. Anime_gift Store



Product Page :
www.aliexpress.com/item/32948040142.html

Product ID : 32948040142

Seller Name : Anime_gift Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 45. anime-tribe Store



| Product Page :<br>www.aliexpress.com/item/4000273802244.html | Marketplace : AliExpress |
|---|---|
| Product ID : 4000273802244 | Brand : Hatsune Miku |
| Seller Name : anime-tribe Store | |

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**     **Varley Declaration | Exhibit 2**

## 46. animecollection Store



Product Page :
www.aliexpress.com/item/4000116671992.html

Marketplace : AliExpress

Product ID : 4000116671992

Brand : Hatsune Miku

Seller Name : animecollection Store

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 47. AnimeFun Store



Product Page :
www.aliexpress.com/item/32952149969.html

Product ID : 32952149969

Seller Name : AnimeFun Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**                    **Varley Declaration | Exhibit 2**

## 48. AnimeOtakuHome Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/4000479401071.html | Marketplace : AliExpress |
| Product ID : 4000479401071 | Brand : Hatsune Miku |
| Seller Name : AnimeOtakuHome Store | |

**Crypton Future Media, Inc.**    **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 49. Anitoy Official Store



Product Page :
www.aliexpress.com/item/32965512919.html

Product ID : 32965512919

Seller Name : Anitoy Official Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 50. ANOGOL Official Store



Product Page :
www.aliexpress.com/item/32826270123.html

Product ID : 32826270123

Seller Name : ANOGOL Official Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**

## 51. AnyCos



Product Page :
www.aliexpress.com/item/32983269204.html

Product ID : 32983269204

Seller Name : AnyCos

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 52. Art Wallpaper Store



Product Page :
www.aliexpress.com/item/32621111899.html

Product ID : 32621111899

Seller Name : Art Wallpaper Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 53. AsenArt



Product Page :
www.aliexpress.com/item/4000207049498.html

Product ID : 4000207049498

Seller Name : AsenArt

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**     **Varley Declaration | Exhibit 2**

# 54. Assier Store



Product Page :
www.aliexpress.com/item/4000608080078.html

Product ID : 4000608080078

Seller Name : Assier Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 55. Astoriatoy Store



Product Page :
www.aliexpress.com/item/4000214819006.html

Product ID : 4000214819006

Seller Name : Astoriatoy Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**            Varley Declaration  |  Exhibit 2



Crypton Future Media, Inc.                    Varley Declaration | Exhibit 2

## 56. Astraltoys Store



Product Page :
www.aliexpress.com/item/32883182204.html

Product ID : 32883182204

Seller Name : Astraltoys Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**      **Varley Declaration | Exhibit 2**

## 57. Athemis



| Product Page : | |
|---|---|
| www.aliexpress.com/item/32270206106.html | Marketplace : AliExpress |
| Product ID : 32270206106 | Brand : Hatsune Miku |
| Seller Name : Athemis | |

AliExpress
Athemis
Store Home
Products
Sale Items
Top Selling
New Arrivals
Feedback
Vocaloid anime Cosplay Hatsune Miku Cosplay Costume for child women harajuku h airpin dress skirt stockings wig high quality
US $60.65 - 161.09
Alloy MIKU
Free Shipping
to United States via AliExpress Standard Shipping
Buy Now
Add to Cart
US $37.62
US $104.90
US $103.84

AliExpress
Athemis
Store Home
Products
Sale Items
Top Selling
New Arrivals
Feedback
Vocaloid anime Cosplay Hatsune Miku Cosplay Costume for child women harajuku h airpin dress skirt stockings wig high quality
US $60.65 - 161.09
Alloy MIKU
Free Shipping
to United States via AliExpress Standard Shipping
Buy Now
Add to Cart
US $37.62
US $104.90
US $103.84

AliExpress
Athemis
Store Home
Products
Sale Items
Top Selling
New Arrivals
Feedback
Vocaloid anime Cosplay Hatsune Miku Cosplay Costume for child women harajuku h airpin dress skirt stockings wig high quality
US $121.28
Alloy MIKU
Free Shipping
to United States via AliExpress Standard Shipping
Buy Now
Add to Cart
US $37.62
US $104.90
US $103.84



Athemis
Top Brands
Store Categories
OVERVIEW
Paying notes
Time
Introduction
Please choose correct size . And please send actual size to us for clothes, shoes and boots when ordering. It is very important.
Note
The size of doll's clothes is necessary. Please do feel free contact us for any requires an problems.
One size is custom made size. Please confirm the making before ordering by message.
6T=Child S
3XS=Child M
Vocaloid Family Super Alloy MIKU Cosplay costume Suit Girls Dress Sexy Sleeveless Shirt and Pleated Skirt

Shipping Information
jamie foxton, +1 312-744-5000
1440 w Taylor
515
Chicago, Illinois, United States, 60607
+ Add new address
Select other addresses
Payment Methods
•••• 2253
Step 3 of 3
Order Review
Seller: Athemis
Vocaloid anime Cosplay Hatsune Miku Cosplay Costume for child women harajuku hairpin dress skirt stockings wig high quality
Color: clothes
Size: S
Source: Alloy MIKU
US $121.28
Free Shipping via AliExpress Standard Shipping Estimated Delivery on 07/30
Order Summary
Select Coupon
AliExpress Coupon
Promo Code
Apply
Total
US $130.42
Place Order

AliExpress
Athemis
98.1% Positive feedback
+ Follow
6557 Followers
I'm shopping for...
Store No. 1500849
Jiangsu China
This store has been open since Nov 10, 2014
Business Information
Detailed seller ratings (Out of 5)
Item as Described 4.8 Above Average
Communication 4.8 Above Average
Shipping Speed 4.6 Above Average
Contact Now
Visit Store
Store Home
Products





**Crypton Future Media, Inc.**     **Varley Declaration | Exhibit 2**

## 58. August 007



| | |
|---|---|
| Product Page : www.aliexpress.com/item/32889296972.html | Marketplace : AliExpress |
| Product ID : 32889296972 | Brand : Hatsune Miku |
| Seller Name : August 007 | |

**Crypton Future Media, Inc.**　　　　　**Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 59. Aurollina Lingeries Store



Product Page :
www.aliexpress.com/item/32963273283.html

Product ID : 32963273283

Seller Name : Aurollina Lingeries Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 60. AZMA Tech Store



Product Page :
www.aliexpress.com/item/10000142739164.html

Product ID : 10000142739164

Seller Name : AZMA Tech Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 61. Baby memories Store



Product Page :
www.aliexpress.com/item/4001138500360.html

Marketplace : AliExpress

Product ID : 4001138500360

Brand : Hatsune Miku

Seller Name : Baby memories Store

**Crypton Future Media, Inc.**                **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 62. Baby Toy's World



Product Page :
www.aliexpress.com/item/32953565777.html

Product ID : 32953565777

Seller Name : Baby Toy's World

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/10000276775001.html<br><br>Product ID : 10000276775001<br><br>Seller Name : BabyHouse Store | Marketplace : AliExpress<br><br>Brand : Hatsune Miku |

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**





**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

### 64. Babytoy Store



Product Page :
www.aliexpress.com/item/4000121410808.html

Product ID : 4000121410808

Seller Name : Babytoy Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.        Varley Declaration  |  Exhibit 2

## 65. Bag-Show Store



Product Page :
www.aliexpress.com/item/32969837056.html

Product ID : 32969837056

Seller Name : Bag-Show Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 66. BAIUFOR World Store



Product Page :
www.aliexpress.com/item/33005546779.html

Product ID : 33005546779

Seller Name : BAIUFOR World Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**    **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 67. Bao Decoration Painting Store



Product Page :
www.aliexpress.com/item/33023940820.html

Product ID : 33023940820

Seller Name : Bao Decoration Painting Store

Marketplace : AliExpress

Brand : Hatsune Miku

Bao Decoration Pai...
95.0% Positive Feedback
0.2K Followers
Contact
+ Follow
Visit Store
Store Categories
5 Panels Canvas Painting
Movie & Game Painting
Landscape & Seaview Painting
Flower Painting
Animation Painting
Car & Others Painting
Figures & Sports Painting
Religion
3 Panels Canvas Painting
1 Panels Canvas Painting
Flower&Green Plant
Perfume
VOGUE
OVERVIEW
CUSTOMER REVIEWS (1)
SPECIFICATIONS
Report Item
Welcome to BaoPavilion's Painting
we're glad you're here
SIZE:
Size1

AliExpress
Shipping Information
Ann Onnymous, +1 5133144448
1440 W. Taylor St., #515
Cook County, Illinois, United States, 60607
+ Add new address
Order Review
Seller: Bao Decoration Painting Store
Modular Canvas Painting Home Decor Frame 5 Piece Hatsune Miku Pictures Modern Hd Printed Anime Poster For Living Room Wall Art
Size (Inch): Size1 Color: No Framed
US $5.96
Free Shipping via ePacket Estimated Delivery on 10/16
+ Leave message
Subtotal US $5.96
Shipping US $0.00
tax US $0.61
Store Coupons
Total US $6.57
Order Summary
Select Coupon
AliExpress Coupon
Promo Code
Apply
Total US $6.57
Place Order



**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**

## 68. Baoziqhy Store



| Product Page : | |
|---|---|
| www.aliexpress.com/item/4000745288592.html | Marketplace : AliExpress |
| Product ID : 4000745288592 | |
| | Brand : Hatsune Miku |
| Seller Name : Baoziqhy Store | |

| Size(cm) | Length | Chest | Shoulder | Sleeve |
|---|---|---|---|---|
| S | 63 | 104 | 41 | 58 |
| M | 65 | 106 | 42 | 60 |
| L | 67 | 110 | 43 | 62 |
| XL | 69 | 112 | 44 | 64 |
| XXL | 71 | 116 | 45 | 66 |
| 3XL | 73 | 118 | 46 | 68 |
| 4XL | 75 | 120 | 47 | 70 |
| 5XL | 77 | 124 | 48 | 72 |



**Crypton Future Media, Inc.**                    **Varley Declaration | Exhibit 2**

## 69. Beautiful Makeup House Store



Product Page :
www.aliexpress.com/item/4001014884176.html

Product ID : 4001014884176

Seller Name : Beautiful Makeup House Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**     **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 70. beautify Jewel Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/4001136369652.html | Marketplace : AliExpress |
| Product ID : 4001136369652 | Brand : Hatsune Miku |
| Seller Name : beautify Jewel Store | |

**Crypton Future Media, Inc.**　　　　　　　**Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 71. BecyDisanZ Store



Product Page :
www.aliexpress.com/item/33034080707.html

Product ID : 33034080707

Seller Name : BecyDisanZ Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**    **Varley Declaration | Exhibit 2**

## 72. BellaBen Store



Product Page :
www.aliexpress.com/item/32896437673.html

Product ID : 32896437673

Seller Name : BellaBen Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**    **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**

## 73. Best-Anime Fans Store



Product Page :
www.aliexpress.com/item/4000693153800.html

Product ID : 4000693153800

Seller Name : Best-Anime Fans Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 74. BIN-Y Store



Product Page :
www.aliexpress.com/item/4000991560615.html

Product ID : 4000991560615

Seller Name : BIN-Y Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 75. BIZJOY



Product Page :
www.aliexpress.com/item/32681375073.html

Product ID : 32681375073

Seller Name : BIZJOY

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**    **Varley Declaration  |  Exhibit 2**

## 76. blockstoy Store



Product Page :
www.aliexpress.com/item/4000141798952.html

Product ID : 4000141798952

Seller Name : blockstoy Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**        **Varley Declaration | Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 77. Bluexit Store



Product Page :
www.aliexpress.com/item/32993329110.html

Product ID : 32993329110

Seller Name : Bluexit Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**　　　　　　　**Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 78. Blythe Homes



Product Page :
www.aliexpress.com/item/2053295165.html

Product ID : 2053295165

Seller Name : Blythe Homes

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Page 164 of 1096**

Shipping Information

jamie foxton, +1 312-744-5000
1448 w Taylor
515
Chicago, Illinois, United States, 60607
+ Add new address Select other addresses

Payment Methods

•••• 2253

*Step 3 of 3*

**Order Review**

Seller: Blythe Homes

DBS blyth doll icy licca body toy Gift Hatsune Miku dress
Color: set
US $11.70
Shipping: US $2.83 via AliExpress Standard Shipping Estimated Delivery on 08/20

**Order Summary**

Select Coupon
AliExpress Coupon
Promo Code
Apply

Total US $15.73

Place Order

---

**Shipping Information**

Karen Cote, +1 07760380292
1033 South Boulevard
Oak Park
Chicago, Illinois, United States, 60302
+ Add new address

**Payment Methods** Spend more than US $0.01 & get a US $2.00 Select Coupon

WebMoney

**Order Review**

Seller: Blythe Homes

DBS blyth doll icy licca body toy Gift Hatsune Miku dress
Color: set
US $15.00
Free Shipping via AliExpress Standard Shipping Estimated Delivery on 09/18

Store Coupons

**Order Summary**

Select Coupon
AliExpress Coupon
Promo Code

Total US $16.50

Place Order

---

**Blythe Homes**

Top Brands
99.5% Positive Feedback
197.2K Followers
Contact
+ Follow Visit Store

Store Categories

OVERVIEW CUSTOMER REVIEWS (1) **SPECIFICATIONS** Report Item

Brand Name: DBS
Model Number: clothes
Mfg Series Number: Fashion
BJD/SD Attribute: Cosplay Costume
Dimensions: clothes
Item Type: Doll Accessories

Material: Cloth
Gender: Unisex
Type: Accessories
Form: 1/6
Warning: Fabric processing

---

AliExpress

**Blythe Homes**

Top Brand 99.5% Positive feedback

+ Follow
197155 Followers

I'm shopping for...

Store No. 836958
Guangdong China
This store has been open since Sep 24, 2013
Business Information

**Detailed seller ratings** (Out of 5)

Item as Described 4.9 Above Average
Communication 4.9 Above Average
Shipping Speed 4.8 Above Average

Contact Now Visit Store

Store Home Products



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 79. Bo Costumes World Store



Product Page :
www.aliexpress.com/item/4000370080736.html

Product ID : 4000370080736

Seller Name : Bo Costumes World Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 80. Boarhat Store



Product Page :
www.aliexpress.com/item/32888814123.html

Product ID : 32888814123

Seller Name : Boarhat Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

# 81. Brave Newworld Store



Product Page :
www.aliexpress.com/item/33008970069.html

Product ID : 33008970069

Seller Name : Brave Newworld Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**

## 82. Brdwn Official Store



Product Page :
www.aliexpress.com/item/4000044021122.html

Product ID : 4000044021122

Seller Name : Brdwn Official Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**      **Varley Declaration | Exhibit 2**





**Crypton Future Media, Inc.**     **Varley Declaration | Exhibit 2**

## 83. Bruce Huang



| Product Page :<br>www.aliexpress.com/item/4000352917991.html | Marketplace : AliExpress |
| --- | --- |
| Product ID : 4000352917991 | Brand : Hatsune Miku |
| Seller Name : Bruce Huang | |

OVERVIEW
CUSTOMER REVIEWS (0)
SPECIFICATIONS
we have been come be work .^^
please tell us you need shoes size if purchase the shoes ^^
Store Categories
Top Selling

Shipping Information
Jamie foxton, +1 312-744-5000
1440 w Taylor
515
Chicago, Illinois, United States, 60607
+ Add new address
Select other addresses
Payment Methods
•••• 2253
Step 3 of 3
Order Review
Seller: Bruce Huang
NEW! VOCALOID Hatsune Miku Cosplay Costume 2020 Snow Miku New Uniforms Free Shipping
Color: dress and headwear
Size: L
US $135.77
Order Summary
Select Coupon
AliExpress Coupon
Promo Code
Apply
Total
US $170.40
Place Order

AliExpress
Bruce Huang
96.3% Positive feedback
+ Follow
3666 Followers
I'm shopping for...
Store No. 1489591
China
This store has been open since Oct 24, 2014
Business Information
Detailed seller ratings (Out of 5)
Item as Described 4.5 Below Average
Communication 4.5 Below Average
Shipping Speed 3.8 Below Average
Store Home
Products
Contact Now
Visit Store



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 84. BUBABOX Store



Product Page :
www.aliexpress.com/item/4000179114977.html

Product ID : 4000179114977

Seller Name : BUBABOX Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**                     **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.        Varley Declaration  |  Exhibit 2

## 85. buildingblocks Store



Product Page :
www.aliexpress.com/item/4000857301484.html

Product ID : 4000857301484

Seller Name : buildingblocks Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 86. C E Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/4001015253351.html<br><br>Product ID : 4001015253351<br><br>Seller Name : C E Store | Marketplace : AliExpress<br><br>Brand : Hatsune Miku |

C E Store
OVERVIEW
CUSTOMER REVIEWS (1)
SPECIFICATIONS
Store Categories
NEW
Others
Top Selling
US $5.16
US $39.72
Description:
PBT material
Cherry profile
Five sides Dye-subbed keycap
6.25u spacebar
Only Spacebar included no keyboard
Five sides Dye-subbed, dye subbed
Quantity: 1PC
Note:
No retail package.
Transition: 1cm=10mm=0.39inch
Please allow 1-2cm error due to manual measurement. pls make sure you do not mind before you bid
Due to the difference between different monitors, the picture may not reflects the actual color of the item. Thank you!
Package includes:
1 x PBT Dye-subbed Spacebar 6.25U cherry profile keycap

Shipping Information
jamie foxton, +1 312-744-5000
1448 w Taylor
515
Chicago, Illinois, United States, 60607
+ Add new address
Select other addresses
Payment Methods
•••• 2253
Step 3 of 3
Order Review
Seller: C E Store
Replace SpaceBar Keycap PBT Five Sides Dye-Subbed Spacebar 6.25U Cherry Profile Space Bar Keycap For Hatsune Miku Theme
US $5.98
Order Summary
Select Coupon
AliExpress Coupon
Promo Code
Apply
Total
US $11.93
Place Order

AliExpress
C E Store
+ Follow
97.3% Positive feedback
1002 Followers
I'm shopping for...
Dear customer,
When you placed order,i
You can contact us ask f
Store Home
Products
Store No. 3184022
China
This store has been open since Sep 7, 2017
Business Information
Contact Now
Detailed seller ratings (Out of 5)
Item as Described
4.7 Below Average
Communication
4.7 Below Average
Shipping Speed
4.6 Below Average
Visit Store





**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**

## 87. Candycos Store



Product Page :
www.aliexpress.com/item/33002954967.html

Product ID : 33002954967

Seller Name : Candycos Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration  |  Exhibit 2

## 88. Car Nanny Automobile Accessories Store



Product Page :
www.aliexpress.com/item/32879828822.html

Product ID : 32879828822

Seller Name : Car Nanny Automobile
Accessories Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**





**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 89. CartoonToysWorld Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/4001137518066.html<br><br>Product ID : 4001137518066<br><br>Seller Name : CartoonToysWorld Store | Marketplace : AliExpress<br><br>Brand : Hatsune Miku |

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 90. CartoonTribe Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/4001149414196.html | Marketplace : AliExpress |
| Product ID : 4001149414196 | Brand : Hatsune Miku |
| Seller Name : CartoonTribe Store | |

**Crypton Future Media, Inc.**     **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2

## 91. Casual Women's Clothes 737475 Store



Product Page :
www.aliexpress.com/item/32929421567.html

Product ID : 32929421567

Seller Name : Casual Women's Clothes 737475
Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 92. CCPRO



Product Page :
www.aliexpress.com/item/32670351995.html

Product ID : 32670351995

Seller Name : CCPRO

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**   **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 93. CGCOS Official Store



Product Page :
www.aliexpress.com/item/4001146195114.html

Marketplace : AliExpress

Product ID : 4001146195114

Brand : Hatsune Miku

Seller Name : CGCOS Official Store

Crypton Future Media, Inc.                    Varley Declaration  |  Exhibit 2



**Crypton Future Media, Inc.**　　　　　**Varley Declaration | Exhibit 2**

## 94. CherryWei Store



Product Page :
www.aliexpress.com/item/32998398003.html

Product ID : 32998398003

Seller Name : CherryWei Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**   **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.                    **Varley Declaration  |  Exhibit 2**

## 95. Children Disneytoy Club Store



Product Page :
www.aliexpress.com/item/4001153324565.html

Product ID : 4001153324565

Seller Name : Children Disneytoy Club Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 96. Children's Swimwear Store



Product Page :
www.aliexpress.com/item/4000680035586.html

Product ID : 4000680035586

Seller Name : Children's Swimwear Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**





Crypton Future Media, Inc.                    Varley Declaration | Exhibit 2

# 97. Children's Toy Store



Product Page :
www.aliexpress.com/item/4001134908857.html

Product ID : 4001134908857

Seller Name : Children's Toy Store

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**          **Varley Declaration  |  Exhibit 2**



Crypton Future Media, Inc.          Varley Declaration | Exhibit 2

## 98. China 3C Digital Store



Product Page :
www.aliexpress.com/item/33032078557.html

Marketplace : AliExpress

Product ID : 33032078557

Brand : Hatsune Miku

Seller Name : China 3C Digital Store

**Crypton Future Media, Inc.**                    **Varley Declaration | Exhibit 2**



**Crypton Future Media, Inc.**     **Varley Declaration | Exhibit 2**

## 99. China HiHi Store



| | |
|---|---|
| Product Page :<br>www.aliexpress.com/item/32879592229.html<br><br>Product ID : 32879592229<br><br>Seller Name : China HiHi Store | Marketplace : AliExpress<br><br>Brand : Hatsune Miku |

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**



**Crypton Future Media, Inc.**          **Varley Declaration | Exhibit 2**

## 100. China Ke



Product Page :
www.aliexpress.com/item/32824512059.html

Product ID : 32824512059

Seller Name : China Ke

Marketplace : AliExpress

Brand : Hatsune Miku

**Crypton Future Media, Inc.**                    **Varley Declaration  |  Exhibit 2**

