UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC.,<br><br>     PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>     DEFENDANTS. | CASE NO.: 1:20-CV-05589<br><br>JUDGE MARY M. ROWLAND<br><br>MAGISTRATE JUDGE JEFFREY CUMMINGS<br><br>FILED UNDER SEAL |

**PLAINTIFF'S *EX PARTE* MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff, Crypton Future Media, Inc., ("Crypton" or "Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on September 28, 2020, by a period of fourteen (14) days until October 26, 2020. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated:   October 7, 2020

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***