U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: XYZ Corporation v. The Partnerships and Unincorporated Associations Identified on Schedu

Case Number: 20-cv-05589

An appearance is hereby filed by the undersigned as attorney for:

see attached

Attorney name (type or print): TIANYU JU

Firm: Glacier Law PLLC

Street address: 200 E. RANDOLPH DR., STE 5100

City/State/Zip: CHICAGO, IL 60601

Bar ID Number: 323817
(See item 3 in instructions)

Telephone Number: (626) 727-8666

Email Address: iris.ju@glacier.law

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ✔ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/20/2020

Attorney signature: S/ TIANYU JU
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

1. Linyang169
2. sutty.168
3. xiaochun169
4. pingxiao669
5. fengtai169
6. witkey2009
7. day.day.up.fbb
8. luckystar*usa
9. belletoy*house
10. phoenix-forever-hk
11. shoppingmall.alice
12. jennys-magic-house