**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XYZ CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:20-CV-05589<br><br>JUDGE MARY M. ROWLAND<br><br>MAGISTRATE JUDGE JEFFREY CUMMINGS |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 7 | 666 children store |
| 62 | billow |
| 124 | cosplayfly store |
| 141 | Enjoy happy life168 |
| 158 | hadestar fans store |
| 239 | j7shop |
| 258 | 2014-chiwa |
| 265 | alone8247 |
| 266 | amyjing789 |
| 268 | anime_stone |
| 275 | arvlee0521 |
| 276 | babychen2016 |
| 281 | best*wish*u*365 |
| 282 | big*green*tree |
| 284 | bingsky1988 |
| 286 | buyer*home |
| 289 | celestiallynnfong0 |
| 294 | comxi91 |
| 297 | CSDDLINK |
| 302 | dendenhobbystore |
| 304 | distinctivestore1988 |
| 305 | dmsymng |
| 310 | etalleworldstore |
| 311 | everfancyclothes |
| 315 | favoritezone |
| 318 | ffyyxin |
| 321 | followe |

| | |
|---|---|
| 322 | forever13148 |
| 323 | freevivienne |
| 326 | galaxycosplay |
| 331 | greenstore890 |
| 339 | huahuadol |
| 342 | ibuyxyz |
| 343 | ichmagmango |
| 346 | jcpunk |
| 348 | jerryli1981 |
| 352 | jingchang2016 |
| 355 | kikianime |
| 356 | kingyao-909 |
| 362 | loveacgcosplay |
| 363 | lovelyhouse88 |
| 365 | luckybeauty3 |
| 373 | mg_animecosmdse |
| 377 | misse0116 |
| 378 | moeanime |
| 379 | monsterhousehk |
| 380 | mousepad-factory |
| 381 | mutou88826 |
| 391 | punk-koala |
| 396 | raising1234 |
| 400 | sekikun |
| 409 | stevenhanshop |
| 411 | superanime |
| 421 | venus153224021 |
| 423 | vision4u_life |
| 427 | wangyunjin2016_5 |
| 429 | welove2016 |
| 430 | wenzi966 |
| 431 | wholesale-vip |
| 433 | winwinselling2010 |
| 443 | yanhonzhag-0 |
| 445 | youlifa |
| 449 | zhaoanan122 |
| 452 | zoey-2000 |
| 479 | sellerswindows market |
| 480 | shop of kitty |
| 486 | zhenlingmeili |

Dated:     December 11, 2020         Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 11, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Alison Carter*
Alison Carter