UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XYZ CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | CASE NO.: 1:20-CV-05589<br><br>JUDGE MARY M. ROWLAND<br><br>MAGISTRATE JUDGE JEFFREY CUMMINGS |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 44 | anime_gift store |
| 114 | cosaner wholesales store |
| 162 | hualashangmao store |
| 203 | ROLECOS STORE |
| 257 | 2_31657 |
| 288 | cathealove88 |
| 467 | Boen9 |
| 23 | amellor anime store |
| 20 | ALDNFYI Trend Store |
| 202 | ROLECOS Speciality Store |
| 106 | Clman Store |
| 83 | bruce huang |
| 37 | anime JK store |
| 190 | mgf official store |
| 48 | animeotakuhome store |
| 185 | lolitaCos Store |
| 120 | COSJK Store |
| 85 | buildingblocks store |
| 210 | SELLWORLDER FigureToy Store |
| 27 | Anime Bag World Store |
| 136 | deal of the day |
| 476 | migu5414 |
| 470 | dsgbsrtjnatrjg |
| 274 | ap671439ad |
| 370 | m.lcos.ruler |
| 436 | xi.xu85 |
| 307 | easy2buystore2010 |

| | |
|---|---|
| 313 | faithtoptalk |
| 364 | Lp-jewelry |
| 263 | 68mddh_ww |
| 344 | ikxddu_s66 |
| 267 | angelababy0 |
| 407 | smile.angel |
| 255 | fancydresscosplay's booth |
| 277 | babyfacevi |
| 278 | beautiful1890 |
| 291 | chibistickery |
| 389 | pinkpig710 |
| 241 | Tronzo Chilren World Store Store |
| 251 | YWNN898 Store |
| 196 | NNMR0309 Store |

Dated: January 13, 2021         Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 13, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                  */s/ Alison Carter*
                                                  Alison Carter