**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC.,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                              Defendants. | Case No.: 1:20-cv-05589<br><br>Judge Mary M. Rowland<br>Magistrate Judge Jeffrey Cummings |

## DEFENDANTS' MOTION TO SCHEDULE CASE MANAGEMENT CONFERENCE

Defendants qjy2018, 2019dajidali, Linyang169, sutty.168, xiaochun169, pingxiao669, fengtai169, witkey2009, day.day.up.fbb, luckystar*usa, belletoy*house, phoenix-forever-hk, shoppingmall.alice, jennys-magic-house ("Defendants"), by and through their counsel, respectfully move this Honorable Court to schedule case management conference.  In support of this motion, Defendants state as follows:

## ARGUMENT

1.      Plaintiff filed its Amended Complaint against Defendants on September 21, 2020. [Dkt. 6].

2.      On December 4, 2020, Defendants filed Answer to Amended Complaint. [Dkt. 31].

3.      On December 7, 2020, Defendants' counsel reached out to Plaintiff regarding Plaintiff's availability for remote deposition. Email chain between the Parties' respective counsels attached hereto as Exhibit 1 and Exhibit 2.

1

4.     On December 21, 2020 and December 30, 2020, on behalf of Defendants 2019dajidali and qjy2018, Defendants' counsel again reached out to Plaintiff regarding Plaintiff's availability for remote deposition. *See* Exhibit 1. No response had ever been received until January 4, 2020.

5.     On January 4, 2021, Defendants' request for deposition was ignored by Plaintiff and Defendant was informed that Plaintiff would be willing to answer specific questions. *See* Exhibit 1 and Exhibit 2.

6.     On January 4, 2020, Defendants' counsel replied in the same email chain asking for availability of Plaintiff's counsel for a rule 26 conference. *See* Exhibit 1 and Exhibit 2. No response had ever been received until today, January 22, 2021.

7.     As a result of Plaintiff's ignorance of Defendants' request for rule 26 conference and deposition requests, Defendants now brings this motion to schedule case management conference.

8.     If this Court does not believe case management conference is necessary at this time, then Defendants request that this Honorable Court direct the Parties to conduct the initial conference required by Rule 26(f) of the Federal Rules of Civil Procedure and to propose discovery plan by filing the status report.

## **CONCLUSION**

For the aforementioned reasons and arguments, Defendants respectfully request that this Honorable Court to schedule case management conference, or in the alternative, order Parties to conduct the initial conference required by Rule 26(f) of the Federal Rules of Civil Procedure and to propose discovery plan by filing the status report.

Dated: January 22, 2021                                                           Respectfully submitted,

/s/ Tianyu Ju

Tianyu Ju
GLACIER LAW PLLC
200 E. Randolph Dr., Ste. 5100
Chicago, Illinois 60601
(Tel.): 626-727-8666
(Fax): 626-727-9666
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 22, 2021, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, Exhibit 1-2, and service was perfected on

all counsel of record and interested parties through this system, which will deliver a true and

correct copy of the foregoing documents via CM/ECF.

Respectfully Submitted:

Date: January 22, 2021

/s/ Tianyu Ju

Tianyu Ju, Esq.
GLACIER LAW PLLC
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
***Attorney for Defendants***

3