# Exhibit 1

**Subject:** Re: 20-cv-0558 2019dajidali; qjy2018
**Date:** Monday, January 4, 2021 at 3:44:42 PM Pacific Standard Time
**From:** Iris Ju
**To:** AM Sullivan Law, LLC
**CC:** tao.liu@glacier.law, Robin.Cheng@glacier.law, Ann Marie Sullivan

Alison,

███████████████████████████████████████████

Please advise as to your availability for rule 26 conference to discuss and initiate the discovery process.


**Iris Ju, Esq.**
**Attorney**

**Glacier Law PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
www.glacier.law

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying email and destroy or delete all copies of the original message and any attachment. Thank you.
----

---

**From:** "AM Sullivan Law, LLC" <attorney@amsullivanlaw.com>
**Date:** Monday, January 4, 2021 at 11:18 AM
**To:** TIANYU JU <iris.ju@glacier.law>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "Robin.Cheng@glacier.law" <Robin.Cheng@glacier.law>, Ann Marie Sullivan <ams@amsullivanlaw.com>
**Subject:** RE: 20-cv-0558 2019dajidali; qjy2018

Hi Iris,

We don't feel a meet and confer is necessary for this matter. If you have specific questions, please send them our way and we will promptly respond.

███████████████████████████████████████████

Best,
Alison

---
**Alison K. Carter, Esq.**
*Intellectual Property Attorney*

**AM Sᴜʟʟɪᴠᴀɴ Lᴀᴡ, LLC**

+1 224.258.9378
1440 W. Taylor St. #515
Chicago, Illinois 60607
www.AMSullivanLaw.com

**From:** TIANYU JU <iris.ju@glacier.law>
**Sent:** Wednesday, December 30, 2020 12:30 PM
**To:** AM Sullivan Law, LLC <attorney@amsullivanlaw.com>
**Cc:** tao.liu@glacier.law; Robin.Cheng@glacier.law; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Subject:** Re: 20-cv-0558 2019dajidali; qjy2018

Dear Counsel,

For meet and confer purpose, please advise the location of your client and availability for remote deposition.


**Iris Ju, Esq.**
**Attorney**

**Glacier Law PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
www.glacier.law

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying email and destroy or delete all copies of the original message and any attachment. Thank you.
----


**From:** Iris Ju <iris.ju@glacier.law>
**Date:** Monday, December 21, 2020 at 12:06 PM
**To:** "AM Sullivan Law, LLC" <attorney@amsullivanlaw.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "Robin.Cheng@glacier.law" <Robin.Cheng@glacier.law>, Ann Marie Sullivan <ams@amsullivanlaw.com>
**Subject:** Re: 20-cv-0558 2019dajidali; qjy2018

Dear Counsel,

For meet and confer purpose, please advise the location of your client and availability for remote deposition.

**Iris Ju, Esq.**
**Attorney**

**Glacier Law PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
www.glacier.law

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Iris Ju <iris.ju@glacier.law>
**Date:** Monday, December 7, 2020 at 12:20 PM
**To:** "AM Sullivan Law, LLC" <attorney@amsullivanlaw.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "Robin.Cheng@glacier.law" <Robin.Cheng@glacier.law>, Ann Marie Sullivan <ams@amsullivanlaw.com>
**Subject:** Re: 20-cv-0558 2019dajidali; qjy2018

Dear Alison,

████████████████████████████████████████████████████

For meet and confer purpose, please advise the location of your client and availability for remote deposition.

**Iris Ju, Esq.**
**Attorney**

**Glacier Law PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
www.glacier.law

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying email and destroy or delete all copies of the original message and any attachment. Thank you.
----