# Exhibit 2

**Subject:** Re: 20-cv-05589 Multiple Defendants
**Date:** Monday, January 4, 2021 at 3:46:01 PM Pacific Standard Time
**From:** Iris Ju
**To:** AM Sullivan Law, LLC
**CC:** tao.liu@glacier.law, Robin.Cheng@glacier.law, Satyam Patel

Alison,

~~[redacted]~~

Please advise as to your availability for rule 26 conference to discuss and initiate the discovery process.


**Iris Ju, Esq.**
**Attorney**

**Glacier Law PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
www.glacier.law

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** "AM Sullivan Law, LLC" <attorney@amsullivanlaw.com>
**Date:** Monday, January 4, 2021 at 11:18 AM
**To:** Iris Ju <iris.ju@glacier.law>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "Robin.Cheng@glacier.law" <Robin.Cheng@glacier.law>, Satyam Patel <sp@amsullivanlaw.com>
**Subject:** RE: 20-cv-05589 Multiple Defendants

Hi Iris,

We don't feel a meet and confer is necessary for this matter. If you have specific questions, please send them our way and we will promptly respond.

~~[redacted]~~

Best,
Alison

---
**Alison K. Carter, Esq.**
*Intellectual Property Attorney*

AM Sullivan Law, LLC
+1 224.258.9378
1440 W. Taylor St. #515
Chicago, Illinois 60607
www.AMSullivanLaw.com

**From:** Iris Ju <iris.ju@glacier.law>
**Sent:** Monday, December 7, 2020 2:19 PM
**To:** AM Sullivan Law, LLC <attorney@amsullivanlaw.com>
**Cc:** tao.liu@glacier.law; Robin.Cheng@glacier.law; Satyam Patel <sp@amsullivanlaw.com>
**Subject:** Re: 20-cv-05589 Multiple Defendants

Dear Alison,

███████████████████████████████████████████████████████████████

For meet and confer purpose, please advise the location of your client and availability for remote deposition.


**Iris Ju, Esq.**
**Attorney**

**Glacier Law PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
www.glacier.law

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying email and destroy or delete all copies of the original message and any attachment. Thank you.
----


**From:** "AM Sullivan Law, LLC" <attorney@amsullivanlaw.com>
**Date:** Thursday, December 3, 2020 at 3:13 PM
**To:** Iris Ju <iris.ju@glacier.law>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "Robin.Cheng@glacier.law" <Robin.Cheng@glacier.law>, Satyam Patel <sp@amsullivanlaw.com>
**Subject:** RE: 20-cv-05589 Multiple Defendants

Iris –

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████

Best,
Alison

---
**Alison K. Carter, Esq.**
*Intellectual Property Attorney*

**AM SULLIVAN LAW, LLC**
+1 224.258.9378
1440 W. Taylor St. #515
Chicago, Illinois 60607
 www.AMSullivanLaw.com

---

**From:** Iris Ju <iris.ju@glacier.law>
**Sent:** Monday, November 30, 2020 4:08 PM
**To:** AM Sullivan Law, LLC <attorney@amsullivanlaw.com>
**Cc:** tao.liu@glacier.law; Robin.Cheng@glacier.law; Satyam Patel <sp@amsullivanlaw.com>
**Subject:** Re: 20-cv-05589 Multiple Defendants

Alison,

████████████████████████████████████████████████
████████████████████████████████████████████████

**Iris Ju, Esq.**
Attorney

**Glacier Law PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
www.glacier.law

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying email and destroy or delete all copies of the original message and any attachment. Thank you.
----

---

**From:** Iris Ju <iris.ju@glacier.law>
**Date:** Friday, November 27, 2020 at 4:05 PM
**To:** "AM Sullivan Law, LLC" <attorney@amsullivanlaw.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "Robin.Cheng@glacier.law" <Robin.Cheng@glacier.law>, Satyam Patel <sp@amsullivanlaw.com>
**Subject:** Re: 20-cv-05589 Multiple Defendants

Dear Counsel,



**Iris Ju, Esq.**
**Attorney**

**Glacier Law PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
www.glacier.law

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying email and destroy or delete all copies of the original message and any attachment. Thank you.
----


**From:** "AM Sullivan Law, LLC" <attorney@amsullivanlaw.com>
**Date:** Wednesday, November 25, 2020 at 3:18 PM
**To:** Iris Ju <iris.ju@glacier.law>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "Robin.Cheng@glacier.law" <Robin.Cheng@glacier.law>, Satyam Patel <sp@amsullivanlaw.com>
**Subject:** RE: 20-cv-05589 Multiple Defendants

Hi Iris,

You can find the pleadings and other relevant information at the following website – https://lawams.com/20-cv-05589.

Best,
Alison

---
**Alison K. Carter, Esq.**
*Intellectual Property Attorney*

**AM Sullivan Law, LLC**
+1 224.258.9378
1440 W. Taylor St. #515
Chicago, Illinois 60607
 www.AMSullivanLaw.com

**From:** Iris Ju <iris.ju@glacier.law>
**Sent:** Tuesday, November 24, 2020 3:45 PM

**To:** Ann Marie Sullivan <ams@amsullivanlaw.com>; AM Sullivan Law, LLC <attorney@amsullivanlaw.com>
**Cc:** tao.liu@glacier.law; Robin.Cheng@glacier.law
**Subject:** Re: 20-cv-05589 Multiple Defendants

Counsel,

███████████████████████████████████

**Iris Ju, Esq.**
**Attorney**

**Glacier Law PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
www.glacier.law

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying email and destroy or delete all copies of the original message and any attachment. Thank you.
----

---

**From:** Iris Ju <iris.ju@glacier.law>
**Date:** Friday, November 20, 2020 at 3:56 PM
**To:** Ann Marie Sullivan <ams@amsullivanlaw.com>, "AM Sullivan Law, LLC" <attorney@amsullivanlaw.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "Robin.Cheng@glacier.law" <Robin.Cheng@glacier.law>
**Subject:** Re: 20-cv-05589 Multiple Defendants

Counsel,

Please be advised that the following clients (12 Accounts and 2 PayPal Account in total of 14) have recently retained Glacier Law, PLLC. for representation regarding the above mentioned case. From now on, please forward all correspondences directly to us.

| | | |
|---|---|---|
| 437 | xiaochun169 | chenchunleieb@163.com |
| 388 | pingxiao669 | pingyang669@163.com |
| 317 | fengtai169 | yangxiatai@163.com |
| 434 | witkey2009 | meigai822@163.com |
| 301 | day.day.up.fbb | jinjunxioa@163.com |
| 366 | luckystar*usa | lily92125@163.com |

| | | |
|---|---|---|
| 280 | belletoy*house | leec5152@hotmail.com |
| 387 | phoenix-forever-hk | mynew1678@163.com |
| 403 | shoppingmall.alice | yuwentu1122@163.com |
| 347 | jennys-magic-house | mypu123@163.com |

Two PayPal account:

lijunchan1505@aliyun.com
lijunchan@aliyun.com


In addition, please forward all case related information to us and make a settlement demand if there is any.


**Iris Ju, Esq.**
**Attorney**

**Glacier Law PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
www.glacier.law

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying email and destroy or delete all copies of the original message and any attachment. Thank you.
----