## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CRYPTON FUTURE MEDIA, INC.,

    PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:20-CV-05589

JUDGE MARY M. ROWLAND

MAGISTRATE JUDGE JEFFREY CUMMINGS

## **FINAL JUDGMENT ORDER**

This action, having been commenced by Crypton Future Media, Inc. ("Crypton" or "Plaintiff") against the Defendants identified in the attached Schedule A to the Complaint, and using the online marketplace accounts (also referred to as the "Defendant Internet Stores" or "Seller Aliases"), and Crypton, having moved for entry of Default and Default Judgment against the Defendants identified in Schedule A to the Complaint, attached hereto, with the exception of certain Defendants[1] (collectively, the "Defaulting Defendants");

This Court, having entered upon a showing by Crypton, a Temporary Restraining Order and Preliminary Injunction against Defaulting Defendants, which included an asset restraining order;

Crypton, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that

---

[1] Crypton's Motion for Entry of Default and Default Judgment does not apply to the following Defendants: 2Idiots Apparel Store, ace-mall, animeworld2015, AsenArt, ccutoo Official Store, epsoonsl0, fanshiyuanb-3, fengqinlinga-0, giftcenter4u, green591123, hisunnygirls_123, IHYAMS Costume Store, laotie-666, letang8899-7, lvlindis, mensfasion2018, gaoqiongmore, dongyueshop, wangnuanshop, cafiona_cos, wangzenghuishop; and, rongzhang8899. As well as: qjy2018, 2019dajidali, Linyang169, sutty.168, xiaochun169, pingxiao669, fengtai169, witkey2009, day.day.up.fbb, luckystar*usa, belletoy*house, phoenix-forever-hk, shoppingmall.alice, and jennys-magic-house.

Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants, since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. In the context of similar cases, ". . . a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In the present case, Plaintiff has presented screenshot evidence that each Defaulting Defendant Internet Store is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Internet Stores, through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademarks (the "Counterfeit/Infringing Products"). See Docket No. 13, which includes screenshot evidence, confirming that each Defaulting Defendant Internet Store does stand ready, willing, and able to ship the counterfeit goods to customers in Illinois, and the goods of which bear infringing and/or counterfeit versions of the Hatsune Miku Trademarks, U.S. Trademark Registration Nos. 4,163,035; 4,887,255; 4,891,005; and 4,879,127.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15

U.S.C. § 1125(a)), trademark dilution by blurring and/or tarnishment (15 U.S.C. § 1125(c)/Lanham Act § 43(c)), trademark dilution (765 ILCS 1036/65, *et seq*.), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq*.).

IT IS HEREBY ORDERED that Crypton Future Media, Inc.'s Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Hatsune Miku Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Crypton Product or not authorized by Crypton to be sold in connection with the Hatsune Miku Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Crypton Product or any other product produced by Crypton, that is not Crypton's or not produced under the authorization, control or supervision of Crypton and approved by Crypton, for sale under the Hatsune Miku Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Crypton, or are sponsored by, approved by, or otherwise connected with Crypton;

    d. further infringing the Hatsune Miku Trademarks and damaging Crypton's goodwill;

    e. otherwise competing unfairly with Crypton in any manner;

3

    f.   shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Crypton, nor authorized by Crypton to be sold or offered for sale, and which bear any of the Hatsune Miku Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof;

    g.   using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and,

    h.   operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Hatsune Miku Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine Crypton Product, or not authorized by Crypton to be sold in connection with the Hatsune Miku Trademarks.

2.   Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces such as ContextLogic, Inc. ("Wish"), eBay, Inc. ("eBay"), Amazon Payments, Inc. ("Amazon"), Etsy Inc. ("Etsy"), Alipay US, Inc. ("Alipay"), iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd., and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within three (3) business days of receipt of this Order:

    a.   disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the Hatsune

Miku Trademarks, including any accounts associated with the Defaulting Defendants listed on Schedule A, attached hereto;

b.   disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Hatsune Miku Trademarks; and

c.   take all steps necessary to prevent links to the Seller Aliases identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3.      Pursuant to 15 U.S.C. § 1117(c)(2), Crypton is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit Hatsune Miku Trademarks on products sold through at least the Defendant Internet Stores.

4.      PayPal, Wish, eBay, Amazon, Etsy, Alipay, and any other online marketplace or payment processor in privity with Defendants, shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts, or Defaulting Defendants' websites, identified on Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5.      All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by eBay, PayPal, Wish, Amazon, Etsy, Alipay, and any other payment processor, are hereby released to Crypton as partial payment of the above-identified damages, and eBay, PayPal, Wish, Amazon, Etsy, and Alipay are ordered to release to Crypton the amounts from Defaulting Defendants' eBay, PayPal, Wish, Amazon, Etsy, and Alipay accounts within ten (10) business days of receipt of this Order.

6.  Until Crypton has recovered full payment of monies owed to it by any Defaulting Defendant, Crypton shall have the ongoing authority to serve this Order on eBay, PayPal, Wish, Amazon, Etsy, Alipay, and any other payment processor, in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, eBay, PayPal, Wish, Amazon, Etsy, and Alipay shall within ten (10) business days:

    a.  Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites;

    b.  Restrain and enjoin such accounts or funds that are based internationally, from transferring or disposing of any money or other assets of Defaulting Defendants; and,

    c.  Release all monies restrained in Defaulting Defendants' accounts to Crypton, as partial payment of the above-identified damages; and,

    d.  Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller Aliases shall disable and/or cease facilitating access to the Seller Aliases, including any other online marketplace accounts or seller alias names identified and/or being used and/or controlled by Defaulting Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's Hatsune Miku Trademarks.

7.  Until Crypton has recovered full payment of monies owed to it by any Defaulting Defendant, Crypton shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within ten (10) business days:

a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts, or Defaulting Defendants' websites;

b. Restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other assets of Defaulting Defendants;

c. Release all monies restrained in Defaulting Defendants' financial accounts to Crypton, as partial payment of the above-identified damages; and,

d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller Aliases shall disable and/or cease facilitating access to the Seller Aliases, including any other online marketplace accounts or seller aliases identified and/or being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's Hatsune Miku Trademarks.

8. In the event that Crypton identifies any additional online marketplace accounts, domain names, third-party payment processors, and/or financial accounts owned by Defaulting Defendants, Crypton may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses originally identified and served, and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: January 28, 2021

_____

United States District Court Judge Mary M. Rowland

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., | CASE NO.: 1:20-CV-05589 |
| PLAINTIFF, | |
| V. | JUDGE MARY M. ROWLAND |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE JEFFREY CUMMINGS |
| DEFENDANTS. | |

## SCHEDULE A TO THE AMENDED COMPLAINT

| NO | SELLER NAME | STORE/SELLER PAGE |
|---|---|---|
| 1 | 100%Awesomefind Store | www.aliexpress.com/store/5009249 |
| 2 | 11.11 Store | www.aliexpress.com/store/1933827 |
| 3 | 19 Sui Store | www.aliexpress.com/store/4866079 |
| 4 | EXCEPTION | |
| 5 | 365 days anime store | www.aliexpress.com/store/610807 |
| 6 | 3cCreative Products Store | www.aliexpress.com/store/5419191 |
| 7 | DISMISSED | |
| 8 | A small Store | www.aliexpress.com/store/2770009 |
| 9 | A Walking Jewelries Store | www.aliexpress.com/store/3138048 |
| 10 | aboutcos Official Store | www.aliexpress.com/store/5780196 |
| 11 | EXCEPTION | |
| 12 | ACGCos Store | www.aliexpress.com/store/5254056 |
| 13 | Add to Favorites COS Store | www.aliexpress.com/store/3514097 |
| 14 | AdhesivePatches Store | www.aliexpress.com/store/4652191 |
| 15 | Adults and children Store | www.aliexpress.com/store/5873458 |
| 16 | Agile Decor Store | www.aliexpress.com/store/3249059 |

| No | Seller Name | Store/Seller Page |
|----|-------------|-------------------|
| 17 | Aisha 'Park Of Toy Store | www.aliexpress.com/store/1143087 |
| 18 | AJ WALLPAPER Store | www.aliexpress.com/store/5135044 |
| 19 | AK66 Store | www.aliexpress.com/store/5592077 |
| 20 | **Dismissed** | |
| 21 | Alen Store | www.aliexpress.com/store/1187009 |
| 22 | Amandafunnyzone Store | www.aliexpress.com/store/3628030 |
| 23 | **Dismissed** | |
| 24 | Amor's Gift Store | www.aliexpress.com/store/3246116 |
| 25 | Angel jenny zheng 's store | www.aliexpress.com/store/1271104 |
| 26 | Animation grocery Store | www.aliexpress.com/store/5125093 |
| 27 | **Dismissed** | |
| 28 | Anime Cos Store | www.aliexpress.com/store/1853058 |
| 29 | Anime dynasty | www.aliexpress.com/store/1810157 |
| 30 | Anime Fan Store | www.aliexpress.com/store/4083012 |
| 31 | Anime Fanatic Store | www.aliexpress.com/store/3852044 |
| 32 | Anime Fans Factory Store | www.aliexpress.com/store/4801040 |
| 33 | Anime Fans Store | www.aliexpress.com/store/1970159 |
| 34 | Anime First Store | www.aliexpress.com/store/5037097 |
| 35 | Anime Game Figures Factory Store | www.aliexpress.com/store/5361198 |
| 36 | ANIME HOBBY-2 Store | www.aliexpress.com/store/5241069 |
| 37 | **Dismissed** | |
| 38 | Anime lover | www.aliexpress.com/store/1294412 |
| 39 | Anime Model Store | www.aliexpress.com/store/3212122 |
| 40 | Anime Printing Store | www.aliexpress.com/store/1168061 |
| 41 | Anime Shirts Store | www.aliexpress.com/store/622169 |
| 42 | Anime Superhero Store | www.aliexpress.com/store/5201040 |
| 43 | **Dismissed** | |
| 44 | **Dismissed** | |
| 45 | anime-tribe Store | www.aliexpress.com/store/4684104 |

| No | Seller Name | Store/Seller Page |
|----|-------------|-------------------|
| 46 | **Dismissed** | |
| 47 | AnimeFun Store | www.aliexpress.com/store/113015 |
| 48 | **Dismissed** | |
| 49 | Anitoy Official Store | www.aliexpress.com/store/1453069 |
| 50 | ANOGOL Official Store | www.aliexpress.com/store/425471 |
| 51 | AnyCos | www.aliexpress.com/store/1758496 |
| 52 | Art Wallpaper Store | www.aliexpress.com/store/1777397 |
| 53 | **Exception** | |
| 54 | Assier Store | www.aliexpress.com/store/2987022 |
| 55 | Astoriatoy Store | www.aliexpress.com/store/4262003 |
| 56 | Astraltoys Store | www.aliexpress.com/store/2906224 |
| 57 | **Dismissed** | |
| 58 | August 007 | www.aliexpress.com/store/1939375 |
| 59 | Aurollina Lingeries Store | www.aliexpress.com/store/4299068 |
| 60 | AZMA Tech Store | www.aliexpress.com/store/5378039 |
| 61 | Baby memories Store | www.aliexpress.com/store/2948218 |
| 62 | Baby Toy's World | www.aliexpress.com/store/1809164 |
| 63 | BabyHouse Store | www.aliexpress.com/store/5792510 |
| 64 | Babytoy Store | www.aliexpress.com/store/3572008 |
| 65 | Bag-Show Store | www.aliexpress.com/store/3852076 |
| 66 | **Dismissed** | |
| 67 | Bao Decoration Painting Store | www.aliexpress.com/store/3515102 |
| 68 | Baoziqhy Store | www.aliexpress.com/store/4994244 |
| 69 | Beautiful Makeup House Store | www.aliexpress.com/store/3220139 |
| 70 | beautify Jewel Store | www.aliexpress.com/store/2953143 |
| 71 | BecyDisanZ Store | www.aliexpress.com/store/4997132 |
| 72 | BellaBen Store | www.aliexpress.com/store/4043007 |
| 73 | Best-Anime Fans Store | www.aliexpress.com/store/5565043 |
| 74 | BIN-Y Store | www.aliexpress.com/store/4656015 |

| No | SELLER NAME | STORE/SELLER PAGE |
|---|---|---|
| 75 | BIZJOY | www.aliexpress.com/store/1626797 |
| 76 | blockstoy Store | www.aliexpress.com/store/4754007 |
| 77 | Bluexit Store | www.aliexpress.com/store/4683031 |
| 78 | Blythe Homes | www.aliexpress.com/store/836958 |
| 79 | Bo Costumes World Store | www.aliexpress.com/store/4601014 |
| 80 | DISMISSED | |
| 81 | DISMISSED | |
| 82 | Brdwn Official Store | www.aliexpress.com/store/714698 |
| 83 | DISMISSED | |
| 84 | BUBABOX Store | www.aliexpress.com/store/3281016 |
| 85 | DISMISSED | |
| 86 | C E Store | www.aliexpress.com/store/3184022 |
| 87 | Candycos Store | www.aliexpress.com/store/2957098 |
| 88 | Car Nanny Automobile Accessories Store | www.aliexpress.com/store/611248 |
| 89 | CartoonToysWorld Store | www.aliexpress.com/store/5587106 |
| 90 | CartoonTribe Store | www.aliexpress.com/store/2795179 |
| 91 | Casual Women's Clothes 737475 Store | www.aliexpress.com/store/3717004 |
| 92 | CCPRO | www.aliexpress.com/store/834585 |
| 93 | CGCOS Official Store | www.aliexpress.com/store/5782595 |
| 94 | CherryWei Store | www.aliexpress.com/store/4054035 |
| 95 | Children Disneytoy Club Store | www.aliexpress.com/store/5736201 |
| 96 | Children's Swimwear Store | www.aliexpress.com/store/4502065 |
| 97 | Children's Toy Store | www.aliexpress.com/store/3212020 |
| 98 | China 3C Digital Store | www.aliexpress.com/store/5001409 |
| 99 | China HiHi Store | www.aliexpress.com/store/2797229 |
| 100 | China Ke | www.aliexpress.com/store/1220055 |
| 101 | China Professional Factory Store | www.aliexpress.com/store/5791961 |
| 102 | China ZOCLOT Store | www.aliexpress.com/store/2901298 |

| No | Seller Name | Store/Seller Page |
|----|-------------|-------------------|
| 103 | Chonggeshangwu Store | www.aliexpress.com/store/1852703 |
| 104 | Chris paul toy Store | www.aliexpress.com/store/5021105 |
| 105 | cirno's store Official Store | www.aliexpress.com/store/1111821 |
| 106 | **Dismissed** | |
| 107 | Clothes and trousers Store | www.aliexpress.com/store/5879203 |
| 108 | CN0086 Toy Manufacturer Store | www.aliexpress.com/store/3092005 |
| 109 | Computer Mousepad Store | www.aliexpress.com/store/4518022 |
| 110 | cos clothings Store | www.aliexpress.com/store/5003248 |
| 111 | COS dreaming'story | www.aliexpress.com/store/936415 |
| 112 | Cos Prop Store | www.aliexpress.com/store/5196018 |
| 113 | Cos-Mart Store | www.aliexpress.com/store/1605027 |
| 114 | **Dismissed** | |
| 115 | Coscase Store | www.aliexpress.com/store/4495045 |
| 116 | CosCos Store | www.aliexpress.com/store/5483211 |
| 117 | Coserland Store | www.aliexpress.com/store/5381263 |
| 118 | cosfans costumes Store | www.aliexpress.com/store/4452039 |
| 119 | cosfans Store | www.aliexpress.com/store/5524001 |
| 120 | **Dismissed** | |
| 121 | Cosmart Store | www.aliexpress.com/store/2298035 |
| 122 | Cosme Cosplay | www.aliexpress.com/store/532665 |
| 123 | Zeaili Store | www.aliexpress.com/store/2340336 |
| 124 | **Dismissed** | |
| 125 | COSTUME FUNNY Store | www.aliexpress.com/store/5428130 |
| 126 | Costumebase | www.aliexpress.com/store/1770007 |
| 127 | CostumeBuy | www.aliexpress.com/store/1225194 |
| 128 | COWOWO Store | www.aliexpress.com/store/2165111 |
| 129 | cp0fun Store | www.aliexpress.com/store/3618032 |
| 130 | CrossTheOcean Store | www.aliexpress.com/store/2032035 |
| 131 | CUSROO Cycling Jersey Store | www.aliexpress.com/store/2800067 |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 132 | Customes World | www.aliexpress.com/store/2222108 |
| 133 | Cute Unicorn - Store | www.aliexpress.com/store/3746016 |
| 134 | Cute Unicorn Anime Store | www.aliexpress.com/store/817993 |
| 135 | dajutu Store | www.aliexpress.com/store/1181013 |
| 136 | **Dismissed** | |
| 137 | Deoxystoy Store | www.aliexpress.com/store/3623031 |
| 138 | Department store supermarket Store | www.aliexpress.com/store/5798232 |
| 139 | Didicos Store | www.aliexpress.com/store/5141019 |
| 140 | DIY and OEM 2016 | www.aliexpress.com/store/2071032 |
| 141 | **Dismissed** | |
| 142 | E-Mell Official Store | www.aliexpress.com/store/3685077 |
| 143 | Eaincos Store | www.aliexpress.com/store/1452084 |
| 144 | Eime Store | www.aliexpress.com/store/3144026 |
| 145 | Enchanting Women Store | www.aliexpress.com/store/4312031 |
| 146 | ewau000 Store | www.aliexpress.com/store/5254212 |
| 147 | fashiondiscover Store | www.aliexpress.com/store/3351009 |
| 148 | FEMSKIS Official Store | www.aliexpress.com/store/4041086 |
| 149 | Flevans WXYTOY Store | www.aliexpress.com/store/331593 |
| 150 | FR Cos Store | www.aliexpress.com/store/5053243 |
| 151 | Gegecos Store | www.aliexpress.com/store/4431093 |
| 152 | gemini_house Store | www.aliexpress.com/store/2793158 |
| 153 | Global Good Service Price Online Store | www.aliexpress.com/store/813026 |
| 154 | Gocosplay56 Store | www.aliexpress.com/store/3518110 |
| 155 | Good childhood world Store | www.aliexpress.com/store/5618147 |
| 156 | Guangzhou Sunningdale Trading Co.,Ltd | www.aliexpress.com/store/714892 |
| 157 | H appy ending Store | www.aliexpress.com/store/5631293 |
| 158 | **Dismissed** | |
| 159 | Happy-Nic2015 | www.aliexpress.com/store/1591069 |

| No | Seller Name | Store/Seller Page |
|----|-------------|-------------------|
| 160 | HOLRAN costume Store | www.aliexpress.com/store/3917003 |
| 161 | HongKong Baby Living Center Technology Co.,Ltd | www.aliexpress.com/store/1832160 |
| 162 | **Dismissed** | |
| 163 | hulingling Store | www.aliexpress.com/store/5001426 |
| 164 | **Dismissed** | |
| 165 | ImbibeInk Costume Store | www.aliexpress.com/store/1708878 |
| 166 | Irelia H Store | www.aliexpress.com/store/3740022 |
| 167 | IRTBGFU Pi Store | www.aliexpress.com/store/4800047 |
| 168 | IRTBGFU Store | www.aliexpress.com/store/2901059 |
| 169 | **Dismissed** | |
| 170 | IWinner Store | www.aliexpress.com/store/2843015 |
| 171 | J.H.A.C.G Official Store | www.aliexpress.com/store/535439 |
| 172 | **Dismissed** | |
| 173 | JHgetworld Store | www.aliexpress.com/store/3390007 |
| 174 | JiangXiaoBai Store | www.aliexpress.com/store/4998363 |
| 175 | JIUZHE Store | www.aliexpress.com/store/5079233 |
| 176 | JumpTime L7 Store | www.aliexpress.com/store/5618060 |
| 177 | LELAKAYA dropshipping Store | www.aliexpress.com/store/5155076 |
| 178 | LELAKAYA Official Store | www.aliexpress.com/store/1242234 |
| 179 | LELAKAYA Store | www.aliexpress.com/store/3853057 |
| 180 | LIASOSO Store | www.aliexpress.com/store/3018241 |
| 181 | LIHUA Store | www.aliexpress.com/store/1931071 |
| 182 | Linda Se's store | www.aliexpress.com/store/836300 |
| 183 | Lion-Life show | www.aliexpress.com/store/1201454 |
| 184 | Little Wolf's Anime Dream 2 | www.aliexpress.com/store/2022056 |
| 185 | **Dismissed** | |
| 186 | LUCCKATI Official Store | www.aliexpress.com/store/412876 |
| 187 | Luffy Song's store | www.aliexpress.com/store/823508 |

| NO | SELLER NAME | STORE/SELLER PAGE |
|----|-------------|-------------------|
| 188 | Lunar Forest Store | www.aliexpress.com/store/5088101 |
| 189 | magicshop2015 | www.aliexpress.com/store/1789008 |
| 190 | **DISMISSED** | |
| 191 | Miccases Shop | www.aliexpress.com/store/2077061 |
| 192 | mylove1216 Store | www.aliexpress.com/store/4997483 |
| 193 | MySunny2 Store | www.aliexpress.com/sunny/5870121 |
| 194 | Nbyinto Store | www.aliexpress.com/store/4425161 |
| 195 | Neko-Anime Store | www.aliexpress.com/store/3872090 |
| 196 | **DISMISSED** | |
| 197 | Oct. Hometextiles Trading Co. Ltd. Store | www.aliexpress.com/store/1143050 |
| 198 | Omnitee Co.,LTD | www.aliexpress.com/store/2215002 |
| 199 | ONTE(Ledundudu) Store | www.aliexpress.com/store/314769 |
| 200 | Our Case Group | www.aliexpress.com/store/506171 |
| 201 | PrintPhoneCase Store | www.aliexpress.com/store/5596116 |
| 202 | **DISMISSED** | |
| 203 | **DISMISSED** | |
| 204 | rongzou Store | www.aliexpress.com/store/3200049 |
| 205 | RuoChong Store | www.aliexpress.com/store/5076289 |
| 206 | Ozawa Toy Store Store | www.aliexpress.com/store/5744106 |
| 207 | S-Fashional Clothes Store | www.aliexpress.com/store/3018280 |
| 208 | Saier planet Store | www.aliexpress.com/store/1779057 |
| 209 | Sconedia Art Printing Store | www.aliexpress.com/store/3115058 |
| 210 | **DISMISSED** | |
| 211 | September Store | www.aliexpress.com/store/3577002 |
| 212 | shinehope Official Store | www.aliexpress.com/store/5019155 |
| 213 | Shop1480162 Store | www.aliexpress.com/store/1480162 |
| 214 | Shop1709891 Store | www.aliexpress.com/store/1709891 |
| 215 | Shop1746632 Store | www.aliexpress.com/store/1746632 |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 216 | Shop3675042 Store | www.aliexpress.com/store/3675042 |
| 217 | Shop4426170 Store | www.aliexpress.com/store/4426170 |
| 218 | Shop4706138 Store | www.aliexpress.com/store/4706138 |
| 219 | Shop4987001 Store | www.aliexpress.com/store/4987001 |
| 220 | Shop5039013 Store | www.aliexpress.com/store/5039013 |
| 221 | Shop5092018 Store | www.aliexpress.com/store/5092018 |
| 222 | Shop5132011 Store | www.aliexpress.com/store/5132011 |
| 223 | Shop5260189 Store | www.aliexpress.com/store/5260189 |
| 224 | Shop5380242 Store | www.aliexpress.com/store/5380242 |
| 225 | Shop5426292 Store | www.aliexpress.com/store/5426292 |
| 226 | ice voyage cos Store | www.aliexpress.com/store/5477105 |
| 227 | Shop5617350 Store | www.aliexpress.com/store/5617350 |
| 228 | Shop5683038 Store | www.aliexpress.com/store/5683038 |
| 229 | Shop5719140 Store | www.aliexpress.com/store/5719140 |
| 230 | Shop5777116 Store | www.aliexpress.com/store/5777116 |
| 231 | Shop5778919 Store | www.aliexpress.com/store/5778919 |
| 232 | Shop5783606 Store | www.aliexpress.com/store/5783606 |
| 233 | Shop5873074 Store | www.aliexpress.com/store/5873074 |
| 234 | Shop5883065 Store | www.aliexpress.com/store/5883065 |
| 235 | Shop5890061 Store | www.aliexpress.com/store/5890061 |
| 236 | Shopular Official Store | www.aliexpress.com/store/1478164 |
| 237 | Since July Store | www.aliexpress.com/store/4053080 |
| 238 | Suddenly Heartbeat Store | www.aliexpress.com/store/3376013 |
| 239 | THE COS WORLD Official Store | www.aliexpress.com/store/818232 |
| 240 | The Pocket Store | www.aliexpress.com/store/618572 |
| 241 | DISMISSED | |
| 242 | Twins Shield Store | www.aliexpress.com/store/4421138 |
| 243 | Undersea World Store | www.aliexpress.com/store/4381114 |
| 244 | WanDong Store | www.aliexpress.com/store/3915012 |

| No | Seller Name | Store/Seller Page |
|----|-------------|-------------------|
| 245 | WLOVELUO Store | www.aliexpress.com/store/1015232 |
| 246 | Wonderful_Girl | www.aliexpress.com/store/1488279 |
| 247 | XYLTOTOANIME Official Store | www.aliexpress.com/store/609682 |
| 248 | You Loving | www.aliexpress.com/store/1813180 |
| 249 | Young-er Store | www.aliexpress.com/store/5069406 |
| 250 | Yoyou Store | www.aliexpress.com/store/2854086 |
| 251 | Dismissed | |
| 253 | Anime_store's booth | www.bonanza.com/booths/Anime_store |
| 254 | Dsgiftcenter Times Garden | www.bonanza.com/booths/dsgiftcenter |
| 255 | Dismissed | |
| 256 | 111kami111 | www.ebay.com/usr/111kami111 |
| 257 | Dismissed | |
| 258 | Dismissed | |
| 259 | Exception | |
| 260 | 2019top-tore | www.ebay.com/usr/2019top-tore |
| 261 | 5cn6920 | www.ebay.com/usr/5cn6920 |
| 262 | 6.55953 | www.ebay.com/usr/6.55953 |
| 263 | Dismissed | |
| 264 | acgonlinecos | www.ebay.com/usr/acgonlinecos |
| 265 | Dismissed | |
| 266 | Dismissed | |
| 267 | Dismissed | |
| 268 | Dismissed | |
| 269 | anime.jade | www.ebay.com/usr/anime.jade |
| 270 | anime66 | www.ebay.com/usr/anime66 |
| 271 | animemangagifts | www.ebay.com/usr/animemangagifts |
| 272 | animeshop666 | www.ebay.com/usr/animeshop666 |
| 273 | Exception | |
| 274 | Dismissed | |

| No | Seller Name | Store/Seller Page |
|----|-------------|-------------------|
| 275 | **Dismissed** | |
| 276 | **Dismissed** | |
| 277 | **Dismissed** | |
| 278 | **Dismissed** | |
| 279 | beibdyeibao8885 | www.ebay.com/usr/beibdyeibao8885 |
| 280 | **Exception** | |
| 281 | **Dismissed** | |
| 282 | **Dismissed** | |
| 283 | bigbangbigbangbigbang | www.ebay.com/usr/bigbangbigbangbigbang |
| 284 | **Dismissed** | |
| 285 | **Dismissed** | |
| 286 | **Dismissed** | |
| 287 | **Exception** | |
| 288 | **Dismissed** | |
| 289 | **Dismissed** | |
| 290 | charminggoods888 | www.ebay.com/usr/charminggoods888 |
| 291 | **Dismissed** | |
| 292 | china_world | www.ebay.com/usr/china_world |
| 293 | chinesegirl5223 | www.ebay.com/usr/chinesegirl5223 |
| 294 | **Dismissed** | |
| 295 | cos-mikasa | www.ebay.com/usr/cos-mikasa |
| 296 | cosyyphk | www.ebay.com/usr/cosyyphk |
| 297 | **Dismissed** | |
| 298 | csemanyuan | www.ebay.com/usr/csemanyuan |
| 299 | cute-mall | www.ebay.com/usr/cute-mall |
| 300 | dance13147 | www.ebay.com/usr/dance13147 |
| 301 | **Exception** | |
| 302 | **Dismissed** | |
| 303 | dgjdgj007 | www.ebay.com/usr/dgjdgj007 |

| No | Seller Name | Store/Seller Page |
|----|-------------|-------------------|
| 304 | **Dismissed** | |
| 305 | **Dismissed** | |
| 306 | **Exception** | |
| 307 | **Dismissed** | |
| 308 | ekinyangyiwei | www.ebay.com/usr/ekinyangyiwei |
| 309 | **Dismissed** | |
| 310 | **Dismissed** | |
| 311 | **Dismissed** | |
| 312 | fairytale-197 | www.ebay.com/usr/fairytale-197 |
| 313 | **Dismissed** | |
| 314 | **Dismissed** | |
| 315 | **Dismissed** | |
| 316 | **Dismissed** | |
| 317 | **Exception** | |
| 318 | **Dismissed** | |
| 319 | figure-seller | www.ebay.com/usr/figure-seller |
| 320 | flashgoodies | www.ebay.com/usr/flashgoodies |
| 321 | **Dismissed** | |
| 322 | **Dismissed** | |
| 323 | **Dismissed** | |
| 324 | fun-in-a-box | www.ebay.com/usr/fun-in-a-box |
| 325 | galaxy-toy | www.ebay.com/usr/galaxy-toy |
| 326 | **Dismissed** | |
| 327 | **Exception** | |
| 328 | **Exception** | |
| 329 | gkstatues6 | www.ebay.com/usr/gkstatues6 |
| 330 | great-seller888 | www.ebay.com/usr/great-seller888 |
| 331 | **Dismissed** | |
| 332 | guangdong_shop2017 | www.ebay.com/usr/guangdong_shop2017 |

| No | Seller Name | Store/Seller Page |
|----|-------------|-------------------|
| 333 | hantingshop2011 | www.ebay.com/usr/hantingshop2011 |
| 334 | **Dismissed** | |
| 335 | hk2-gopjwl | www.ebay.com/usr/hk2-gopjwl |
| 336 | hobbydash | www.ebay.com/usr/hobbydash |
| 337 | honghong*huohuo | www.ebay.com/usr/honghong*huohuo |
| 338 | wong8898 | www.ebay.com/str/kai88998 |
| 339 | **Dismissed** | |
| 340 | huangmeiqiua1-2 | www.ebay.com/usr/huangmeiqiua1-2 |
| 341 | hunny_lee | www.ebay.com/usr/hunny_lee |
| 342 | **Dismissed** | |
| 343 | **Dismissed** | |
| 344 | **Dismissed** | |
| 345 | jarry-jazz | www.ebay.com/usr/jarry-jazz |
| 346 | **Dismissed** | |
| 347 | **Exception** | |
| 348 | **Dismissed** | |
| 349 | jiech2 | www.ebay.com/usr/jiech2 |
| 350 | jieyu-34 | www.ebay.com/usr/jieyu-34 |
| 351 | jing9533 | www.ebay.com/usr/jing9533 |
| 352 | **Dismissed** | |
| 353 | joker_cc | www.ebay.com/usr/joker_cc |
| 354 | **Dismissed** | |
| 355 | **Dismissed** | |
| 356 | **Dismissed** | |
| 357 | **Dismissed** | |
| 358 | **Dismissed** | |
| 359 | **Exception** | |
| 360 | litangtouzi | www.ebay.com/usr/litangtouzi |
| 361 | litaoshoes2014 | www.ebay.com/usr/litaoshoes2014 |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 362 | **Dismissed** | |
| 363 | **Dismissed** | |
| 364 | **Dismissed** | |
| 365 | **Dismissed** | |
| 366 | **Exception** | |
| 367 | lulutongda | www.ebay.com/usr/lulutongda |
| 368 | **Dismissed** | |
| 369 | lyhaabbcc | www.ebay.com/usr/lyhaabbcc |
| 370 | **Dismissed** | |
| 371 | makeasy2u | www.ebay.com/usr/makeasy2u |
| 372 | **Exception** | |
| 373 | **Dismissed** | |
| 374 | minmin-2017 | www.ebay.com/usr/minmin-2017 |
| 375 | minminmushroom | www.ebay.com/usr/minminmushroom |
| 376 | misaki1987 | www.ebay.com/usr/misaki1987 |
| 377 | **Dismissed** | |
| 378 | **Dismissed** | |
| 379 | **Dismissed** | |
| 380 | **Dismissed** | |
| 381 | **Dismissed** | |
| 382 | ninomikazu0617216 | www.ebay.com/usr/ninomikazu0617216 |
| 383 | onetops168 | www.ebay.com/usr/onetops168 |
| 384 | pamu29232071397 | www.ebay.com/usr/pamu29232071397 |
| 385 | peter-select | www.ebay.com/usr/peter-select |
| 386 | **Dismissed** | |
| 387 | **Exception** | |
| 388 | **Exception** | |
| 389 | **Dismissed** | |
| 390 | professional**seller | www.ebay.com/usr/professional**seller |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 391 | **Dismissed** | |
| 392 | qiang_9 | www.ebay.com/usr/qiang_9 |
| 393 | qiong34-5 | www.ebay.com/usr/qiong34-5 |
| 394 | qiwa90 | www.ebay.com/usr/qiwa90 |
| 395 | **Exception** | |
| 396 | **Dismissed** | |
| 397 | **Dismissed** | |
| 398 | **Exception** | |
| 399 | sea19866 | www.ebay.com/usr/sea19866 |
| 400 | **Dismissed** | |
| 401 | sesy567jmy | www.ebay.com/usr/sesy567jmy |
| 402 | shi-lai-yun-zhuan | www.ebay.com/usr/shi-lai-yun-zhuan |
| 403 | **Exception** | |
| 404 | shuge62 | www.ebay.com/usr/shuge62 |
| 405 | shuxi5888 | www.ebay.com/usr/shuxi5888 |
| 406 | sicongshop | www.ebay.com/usr/sicongshop |
| 407 | **Dismissed** | |
| 408 | **Dismissed** | |
| 409 | **Dismissed** | |
| 410 | **Dismissed** | |
| 411 | **Dismissed** | |
| 412 | **Dismissed** | |
| 413 | supermanufacturer | www.ebay.com/usr/supermanufacturer |
| 414 | supertop2020 | www.ebay.com/usr/supertop2020 |
| 415 | **Exception** | |
| 416 | topdream.toys | www.ebay.com/usr/topdream.toys |
| 417 | toys-gifts19 | www.ebay.com/usr/toys-gifts19 |
| 418 | trthon1 | www.ebay.com/usr/trthon1 |
| 419 | tucan-select | www.ebay.com/usr/tucan-select |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 420 | v880tka-1 | www.ebay.com/usr/v880tka-1 |
| 421 | Dismissed | |
| 422 | vintage_us | www.ebay.com/usr/vintage_us |
| 423 | Dismissed | |
| 424 | w_qian0988 | www.ebay.com/usr/w_qian0988 |
| 425 | Dismissed | |
| 426 | Exception | |
| 427 | Dismissed | |
| 428 | Exception | |
| 429 | Dismissed | |
| 430 | Dismissed | |
| 431 | Dismissed | |
| 432 | winwinhu | www.ebay.com/usr/winwinhu |
| 433 | Dismissed | |
| 434 | Exception | |
| 435 | wonderlandhk90 | www.ebay.com/usr/wonderlandhk90 |
| 436 | Dismissed | |
| 437 | Exception | |
| 438 | xingguang198 | www.ebay.com/str/xingguang198 |
| 439 | xingye87 | www.ebay.com/usr/xingye87 |
| 440 | xinhuiwuyou543jmy | www.ebay.com/usr/xinhuiwuyou543jmy |
| 441 | xiongyiwl1_9 | www.ebay.com/usr/xiongyiwl1_9 |
| 442 | yangstore1688 | www.ebay.com/usr/yangstore1688 |
| 443 | Dismissed | |
| 444 | yanjuwdj104 | www.ebay.com/usr/yanjuwdj104 |
| 445 | Dismissed | |
| 446 | yufenwan_0 | www.ebay.com/usr/yufenwan_0 |
| 447 | yumeng2000anime | www.ebay.com/usr/yumeng2000anime |
| 448 | zhangmeng66772 | www.ebay.com/usr/toyworld868 |

| No | Seller Name | Store/Seller Page |
|---|---|---|
| 449 | **Dismissed** | |
| 450 | zhaomingyong188-6 | www.ebay.com/usr/zhaomingyong188-6 |
| 451 | zhaowei1999_6 | www.ebay.com/usr/zhaowei1999_6 |
| 452 | **Dismissed** | |
| 453 | zuohongwei1974 | www.ebay.com/usr/zuohongwei1974 |
| 454 | AnimeJPro | www.etsy.com/shop/AnimeJPro |
| 455 | BobiSpace | www.etsy.com/shop/BobiSpace |
| 456 | cosmylover | www.etsy.com/shop/cosmylover |
| 457 | CraftIdeaSupplies | www.etsy.com/shop/CraftIdeaSupplies |
| 458 | CriusArtwork | www.etsy.com/shop/CriusArtwork |
| 459 | FunnyGiftStore | www.etsy.com/shop/FunnyGiftStore |
| 460 | GemelliTwins | www.etsy.com/shop/GemelliTwins |
| 461 | LatexCatfish | www.etsy.com/shop/LatexCatfish |
| 462 | ShopaholicNomo | www.etsy.com/shop/ShopaholicNomo |
| 463 | weihehe | www.etsy.com/shop/weihehe |
| 464 | YanKenShop | www.etsy.com/shop/YanKenShop |
| 465 | YankenshopGifts | www.etsy.com/shop/YankenshopGifts |
| 466 | ZYZZZZZZ | www.wish.com/merchant/%22ZYZZZZZZ%22 |
| 467 | **Dismissed** | |
| 468 | CHANG YOUNG | www.wish.com//merchant/5d5534b4560eca4f42d3adfa |
| 469 | cyan's shop | www.wish.com/merchant/%22cyan's%20shop%22 |
| 470 | **Dismissed** | |
| 471 | F G Fashion Jewelry | www.wish.com/merchant/%22F%20G%20Fashion%20Jewelry%22 |
| 472 | **Dismissed** | |
| 473 | JAFashion | www.wish.com/merchant/%22JAFashion%22 |
| 474 | kmeioxndamnd | www.wish.com/merchant/%22kmeioxndamnd%22 |
| 475 | LoveSecret su | www.wish.com/merchant/%22LoveSecret%20su%22 |
| 476 | **Dismissed** | |

| No | Seller Name | Store/Seller Page |
|----|-------------|-------------------|
| 477 | MORATA | www.wish.com/merchant/%22MORATA%22 |
| 478 | Nuts tea | www.wish.com/merchant/%22Nuts%20tea%22 |
| 479 | **Dismissed** | |
| 480 | **Dismissed** | |
| 481 | Sunshine childhood | www.wish.com/merchant/%22Sunshine%20childhood%22 |
| 482 | tastegreat | www.wish.com/merchant/%22tastegreat%22 |
| 483 | Toys&Hobbies&gifts | www.wish.com/merchant/%22Toys&Hobbies&gifts%22 |
| 484 | uniquefashiongo | www.wish.com/merchant/%22uniquefashiongo%22 |
| 485 | xiaohuihuii | www.wish.com/merchant/%22xiaohuihuii%22 |
| 486 | **Dismissed** | |
| 487 | Hikaru Manga Studio | www.displate.com/hikarumangastudio |