UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC.,<br><br>                                Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                                Defendants. | Case No.: 1:20-cv-05589<br><br>Judge Mary M. Rowland<br>Magistrate Judge Jeffrey Cummings |

## UNOPPOSED MOTION FOR WITHDRAWAL
## OF COUNSEL FOR DEFENDANTS

Defendants qjy2018, 2019dajidali, respectfully move that He Cheng, Tao Liu, Andrew Jonathan Palmer, Tianyu Ju, Wei Yang and the law firm of Glacier Law PLLC be authorized to withdraw as counsel for these defendants in the above-captioned civil action. The granting of this motion will not cause prejudice to any party nor cause any delay in these proceedings.

                                                                      Respectfully Submitted:

Date: 03/17/2021                                         /s/ Tianyu Ju
                                                                                 Tianyu Ju

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Respectfully Submitted:

Date: 03/17/2021                                                       /s/ Tianyu Ju
                                                                       Tianyu Ju