# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Crypton Future Media, Inc., et al.

                    Plaintiff,

v.

Case No.: 1:20−cv−05589

Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 24, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: In light of the notice of dismissal [68], defendants 2019dajidali and qjy2018 are dismissed with prejudice. Accordingly, telephonic status hearing set for 8/25/21 is stricken. Any pending motions are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.