UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-05589 <br><br> JUDGE MARY M. ROWLAND <br><br> MAGISTRATE JUDGE JEFFREY CUMMINGS |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on January 28, 2021 [44], in favor of the Plaintiff, Crypton Future Media, Inc. ("Plaintiff"), and against the Defendants Identified on Schedule A to the Complaint in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit and infringing its Hatsune Miku Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT NAME |
|---|---|
| 5 | 365 days anime store |
| 68 | Baoziqhy Store |
| 133 | Cute Unicorn - Store |
| 134 | Cute Unicorn Anime Store |
| 349 | jiech2 |

1

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 18, 2021

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: akc@amsullivanlaw.com

**ATTORNEYS FOR PLAINTIFF**