IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 20-cv-05589 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Jeffrey Cummings** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 28, 2021 [44], in favor of Crypton Future Media, Inc. ("Plaintiff") against the Seller Aliases in the amount of five hundred thousand dollars ($500,000.00) per Defaulting Defendant for willful use of counterfeit Hatsune Miku Trademarks in connection with the offer for sale and/or sale of products through at least the Seller Aliases. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| AnyCos | 51 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 11th day of January 2024.    Respectfully submitted,

                                                /s/ Martin F. Trainor
Martin F. Trainor
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com

*Counsel for Plaintiff Crypton Future Media, Inc.*